# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIAM A. MORGAN, JR., P.C., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN WISWELL, | ) | |
| ANGELA MURPHY, | ) | |
| JOHN DOE(S) 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF ALEX ROSENBAUM**

I, Alex Rosenbaum, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1.    I reside at 10623 Great Arbor Drive, Potomac, Maryland 20854.

2.    The facts set forth in this Declaration are based upon my personal knowledge and, if called to testify about those facts, I could and would do so completely.

3.    I hold a Bachelor of Science degree in Computer Science from the University of Maryland, and a Master of Science degree in Telecommunications and Computers from George Washington University.  In addition, I have been a Certified NetWare Engineer (CNE), am currently a Cisco Certified Internetworking Expert (CCIE #3552), and an ISC(2) Certified Information Systems Security Professional (CISSP).  I have more than 20 years of hands-on experience designing and implementing Information Technology systems that provide solutions to clients' business, security and legal problems.  My curriculum vitae setting forth my full credentials is attached as Exhibit 1.

4.    I have extensive knowledge, training and experience with various Novell products including NetWare and GroupWise.  NetWare is a computer program, specifically a network

operating system that allows users to share electronic files, printers, and other computer programs. GroupWise is a computer program that, along with NetWare, provides electronic mail, calendaring, scheduling, and instant messaging functionality.

5.     I work as an independent consultant for Jeff Parmet & Associates LLC. I was asked by the Plaintiff to investigate certain accesses of its computer network and email system.

6.     In order to gain access to the GroupWise email system, each user must have a unique user id as well as a password, which are set up by a GroupWise administrator to create that user's authority to use the system.

7.     Users can access their email accounts locally by using the GroupWise client program, which provides a convenient user interface for viewing, composing, organizing, and deleting messages, and setting preferences for the user's account. In addition, users can access their email remotely using a web browser program such as Microsoft Internet Explorer. In both cases users must provide a valid GroupWise user id and a valid corresponding GroupWise password. When users access email locally, they must first log into the local network using their NetWare password. Then they log into GroupWise using their GroupWise user id and password. Remote users, on the other hand, bypass the local login step and log into GroupWise directly.

8.     Even if a particular user's NetWare account is disabled, the user can still access his or her GroupWise mail remotely, via the Internet, unless the GroupWise account is disabled as well.

9.     Once logged into a GroupWise email account, a user can read, copy, forward, print, or delete any messages in the email system to which the user has access.

10.    Once logged into NetWare and GroupWise, a user can access and transmit documents to other email accounts both inside and outside of the local network by attaching documents to an email message.

11.    Typically a regular network user has access to a limited number of files and programs on the network. The network and email programs are designed in such a way that they will deny access to the programs and files that the user is not authorized to access. A user whose account has administrative privileges, on the other hand, has access to all the files and programs on the NetWare network. One of the ways a user with administrative privileges could access a file is by attaching this file to an email message and sending it out.

12.    The GroupWise software allows a user to create a setting in the email system, known as a "rule," that can act upon the user's incoming and outgoing email messages. Only people with GroupWise password access to an email account (which can be individual users or someone with administrative privileges) can create a rule for that account. One way a rule can act on a message is to send a copy of the message to an email account specified in the rule without alerting the author or recipient that it is doing so. In other words, unless the user of the account created the rule, he or she would not realize that a copy of an incoming or outgoing message is being created and sent to another location.

13.    IP addresses are the fundamental identifier of participating computers on the Internet. Every computer that is in direct connection to the Internet has a unique IP address, and every packet of data that goes to or from that computer carries that address in it. The assignment of IP addresses to computers is tightly controlled, and is administered by a hierarchy of agents. For individuals and organizations which are not part of the Internet's infrastructure, IP addresses

are assigned by Internet Service Providers (ISPs), and the ISPs in turn are assigned large blocks

of IP addresses to use in supporting their customer pool.

14.    On July 29, 2005 I went to the offices of William A. Morgan, Jr., P.C.

("Morgan") and performed the following procedures:

a.    I reviewed the NetWare Apache web server access logs for July 29, 2005. These logs show, among other things, each failed attempt to log in to the Morgan NetWare-based e-mail system via the Internet. For each unsuccessful attempt to log in using an invalid username and/or password, the Apache access logs show the time of each failed attempt and the username used in the attempt. After five unsuccessful login attempts, the Netware Apache web server records an "intruder alert," which disables those usernames and shows the time, username and the IP address of the computer from which the failed attempts were made. A copy of these access logs is attached as Exhibit 2.

b.    I observed numerous unsuccessful attempts to log in to the Morgan computer system by someone using the usernames "bmorgan" and "mwingate." For each username, five attempts were made until an intruder alert was recorded. For each such alert, the access log recorded the Internet Protocol (IP) Address of the computer from which the attempt was made as 209.166.2.130.

c.    These attempts to log in to the Morgan computer system may have been made using a password cracker program because there are multiple login attempts made in very short intervals. Specifically, for each username,

4

five login attempts were made within a period of approximately 26 seconds.

d.    By accessing the Sam Spade Internet website located at www.samspade.org and using the "whois" function, which provides identification information for the registered customer name assigned to any specific IP address, I was able to discover that the range of IP Addresses that includes the IP address 209.166.2.130 is registered to Hildebrand Limparis & Hevey of Frederick, Maryland. A copy of the whois printout is attached as Exhibit 3.

e.    By using an Internet yellow pages directory located at www.superpages.com, I found that Hildebrand Limparis & Hevey P.C. is listed as a public accounting firm in Frederick, Maryland. A copy of the yellow pages directory listing is attached as Exhibit 4.

f.    I then looked up the Hildebrand firm on the web. According to its website, the firm is now called Hildebrand, Limparis & Associates, CPAs, PC. A copy of the home page is attached as Exhibit 5.

15.    Based on these facts alone, I am satisfied to a reasonable degree of certainty that the person who attempted to log in to Morgan's computer system on July 29, 2005 did so from a Hildebrand Limparis & Associates computer or network.

16.    On July 29, 2005, I also reviewed the Apache access log for Morgan's computer system on July 24, 2005.

a.    The log shows that at 6:31 p.m., there were failed attempts of five tries with usernames "bmorgan" and "mwingate," causing an intruder alert and

disabling each of those usernames. For each such alert, the Apache access log recorded the IP Address of the computer from which the attempt was being made as 67.20.56.211. A copy of the Apache access log for July 24, 2005 is attached as Exhibit 6.

b.   I performed a "whois" lookup at www.samspade.org for the IP Address 67.20.56.211. According to this service, the IP Address is assigned to Adelphia Cable Communications, an Internet Service Provider. The specific name which Adelphia has assigned to that IP address is "md-middletown1c-211.chvlva.adelphia.net." A copy of the Apache access log for July 24, 2005 is attached to this declaration as Exhibit 7.

17.   Based on these facts alone, I am satisfied to a reasonable degree of certainty that the person who attempted to log in to Morgan's computer system on July 24, 2005 did so from a computer connected to the Internet through Adelphia Cable Communications' access point located in Middletown, Maryland.

18.   Based on the fact that attempts to log in to the Morgan computer system have continued for several weeks and are ongoing even now, I am satisfied to a reasonable degree of certainty that someone is engaging in an ongoing effort to gain unauthorized access to the Morgan network.

19.   I also reviewed two emails from Susan Wiswell to Natalia Lamb on June 25, 2005 and June 27, 2005.

a.   Both emails were sent from the email account suzwizzy@yahoo.com.

b.   The June 25, 2005 email was received by Yahoo's mail server from the IP Address 67.20.56.211. Copies of this email along with the message

6

routing information showing its originating IP address are attached as Exhibit 8.

  c. The June 27, 2005 email was received by Yahoo's mail server from the IP Address 209.166.2.130. Copies of this email along with the message routing information showing its originating IP address are attached as Exhibit 9.

20. Based on these facts, I am satisfied to a reasonable degree of certainty that the June 25, 2005 email was sent from Susan Wiswell's Yahoo! email account using a computer connected to the Internet through Adelphia Cable Communications' access point located in Middletown, Maryland. In addition, the June 27, 2005 email was sent from Susan Wiswell's Yahoo! email account using a computer at Hildebrand Limparis & Associates of Frederick, Maryland.

21. On August 1, 2005 I examined email message routing information from email messages which were retrieved and printed from the Morgan email system by Natalia Lamb. These messages include:

  a. Email message dated July 18, 2005 at 12:25 pm EDT from David Waskiewicz sent from IP address 209.166.2.130, attached as Exhibit 10.

  b. Email message dated July 19, 2005 at 9:00 am EDT from Tara Benedict sent from IP address 209.166.2.130, attached as Exhibit 11.

  c. Email message dated July 19, 2005 at 6:21 pm EDT from Tara Benedict sent from IP address 67.20.56.211, attached as Exhibit 12.

  d. Email message dated July 22, 2005 at 7:57 am EDT from Tara Benedict sent from IP address 67.20.56.211, attached as Exhibit 13.

22. Based on these additional facts, I am satisfied to a reasonable degree of certainty that these are the computers from which:

    a. Someone signing as Tara Benedict sent email messages to Morgan.

    b. Someone signing as David Waskiewicz sent email messages to Morgan.

    c. Repeated attempts were made to log in to Morgan's email system, using invalid passwords.

    d. During the interval from June 25 to July 29, 2005, Susan Wiswell used both of the computers with IP addresses 67.20.56.211 and 209.166.2.130.

23. I reviewed and validated the accompanying chart, included herein as Exhibit 14, which clarifies the relationships between the IP addresses, dates of events, and the identified author of various messages discussed in this declaration. All information in this chart comes from the Morgan network, and the online registries of IP address assignments.

24. I also reviewed Ms. Wingate's "sent mail" folder for the period June 17 through July 14, 2005. The "sent mail" folder contains copies of emails sent from Ms. Wingate's email account.

    a. I identified approximately 230 messages which had been forwarded to notmuchman_01@yahoo.com.

    b. While many of the messages appear to be unsolicited advertising, there were also many that appear to be client related.

    c. For example, one message contains an attached file, which appears to contain data exported from a client's QuickBooks system. The other message does not contain an attachment but the body of the message

contains client salary information, which also appears to be highly confidential.

    d.    One message was received into Ms. Wingate's account on June 21, 2005 at 11:41 am and instantly (i.e., in the same second) it was forwarded to notmuchman_01@yahoo.com.

    e.    The second message was received into Ms. Wingate's account on June 21, 2005 at 1:52 pm and it was also instantly forwarded to notmuchman_01@yahoo.com.

25.    Based on these facts, I am satisfied to a reasonable degree of certainty that these and other emails were forwarded from Ms. Wingate's email account to notmuchman_01@yahoo.com due to a rule that was set in her account to automatically forward messages, together with their attachments, to this Yahoo account.

Date: August _2_, 2005

Alex Rosenbaum

9

# EXHIBIT 1

# JEFF PARMET
## AND ASSOCIATES LLC

## *Alex Rosenbaum*

Alex Rosenbaum has over fifteen years of experience designing and implementing Information Technology systems that provide solutions to clients' business, security and legal issues.

## Key Accomplishments

- For a major municipality designed a comprehensive computer security incident response program. As part of the project developed a digital forensics and investigation capability, designed all related process and procedures and trained personnel. Also, lead a number of incident investigations.

- For a large international consulting company, served as Chief Architect for the design of the system that would allow all Federal, State, and Local government offices to communicate reliably and securely with the Department of Homeland Security. The design included fully secure and redundant network facilities, fully secure and redundant database architecture, and multi-level security architecture with data de-classification capability.

- For Predictive Systems, served as Vice President of Engineering for Global Integrity Managed Security Services. Was responsible for the development and success of all Global Integrity Managed Security service offerings, including Security Incident Response service.

- For PricewaterhouseCoopers participated, as a technical lead, on a project where PwC served as an expert witness for the defense, in the software copyright litigation between a small software vendor (the plaintiff) and a major Information Technology corporation (the defendant). Hardware and software components that were used to develop the software in question were obtained from the plaintiff. The project involved a number of forensic activities, as the systems needed to be re-built from the components and the software needed to be recovered and viewed in its original state. Since both the hardware and software were obsolete by at least five years, the challenge was to bring the systems to their original state without any technical

support from any of the vendors. The recovered information was used to build a defense strategy, which eventually resulted in a settlement favorable to PwC's client.

- For the nation's largest independent publishing company investigated a number of suspected attempts to breach network perimeter as well as internal zone security. Investigations included such forensic activities as analysis of log files on network hosts and network infrastructure devices, re-creation and analysis of suspect users' activities on various networked systems, and recovery and examination of information from deleted data files and e-mails. Investigations often lead to identification of likely suspects. Although it was against the company policy to pursue disciplinary action against the suspects, the information obtained from the investigations was used to formulate future security policies, close security gaps, and "harden" the network.

- For Mellon Bank, lead a team of consultants responsible for reviewing the design for Mellon's proposed e-commerce infrastructure and information security architecture.

- For Applied Materials, conducted a network security and risk assessment to help the CIO identify areas where funding was required.

- For Bureau of National Affairs lead a network penetration analysis to assess the perimeter security of their data network. The analysis resulted with "rooting" BNA's bastion host within the first five minutes of the effort. Access to the bastion host was then used to obtain root access to every Unix system on BNA's network.

- For a Tier I ISP, designed a national backbone, an IP addressing strategy, an interior and exterior routing architecture (using OSPF and BGP), and a security policy for peering points.

- For Union Carbide Corporation developed a portion of their security policy that covers network infrastructure equipment. Also, developed a technical architecture and an approach to implement the policy.

- During early days of the World Wide Web, owned and operated a small, but successful Internet Service Provider (ISP) in the Northern Virginia area. Services included

# JEFF PARMET
## AND ASSOCIATES LLC

dial-up access to the Internet, as well as Web design and hosting. In addition to other duties, managed all security aspects of the business. Designed and implemented security policies, as well as systems that helped enforce these policies. The resulting security infrastructure withstood a number of hacking attacks, and was instrumental to the apprehension of one of the attackers and his indictment for credit card fraud.

- For Asian Development Bank, served in a lead quality assurance role for the development of network related RFPs. The RFPs were to cover infrastructure, application and security requirements.

- For Cisco, designed and implemented a pilot infrastructure for a global Voice over IP initiative.

- For Astrolink a satellite based ATM Services Provider, lead a capacity-planning project to help the executives build a business plan for the roll out of their system.

- For Consolidated Natural Gas designed and implemented the network architecture and back-end software for their customer information imaging project.

- For Bristol-Myers Squibb, developed Novell to Windows NT migration guide.

- For IBM, wrote a Red Book, illustrating the use of TME 10 NetView 5.0 for Windows NT.

- For PriceWaterhouseCoopers, developed an Enterprise Systems Management approach for their Global Data Centers initiative.

## Education and Certifications

- MS, Telecommunications and Computers, George Washington University, Washington DC.

- BS, Computer Science, University of Maryland, College Park, MD.

- Cisco Certified Internetworking Expert, (CCIE), Routing and Switching, #3552. Prior to certification did not take any formal Cisco courses. All knowledge is from "hands-on experience"

- Certified NetWare Engineer (CNE, since 1993, originally certified for NetWare version 3.11, later re-certified. Never attended any formal Novell training. All knowledge is from "hands-on" experience.

- ISC(2) Certified Information Systems Security Professional (CISSP)

- EnCase certification expected in Q2 of 2005.

## Technical Expertise

### Hardware

Repeaters, hubs, bridges, switches, routers, load balancers, DSLAMs, CMTSs (multiple vendors, including Cisco and Nortel), H.323 Gateways/Gatekeepers, IP Phones, Cisco PIX Firewall, RSA SecurID related hardware, HP, SUN, and IBM RS6000 workstations and servers

### Software, Languages, and OS

Windows 2000/NT/98/95/ME, All flavors of UNIX, including (HPUX, Solaris, AIX, Linux, and FreeBSD), Citrix (all flavors).

Cisco Secure, HP OpenView NNM, Bay/Nortel Optivity, Cabletron Spectrum, Tivoli, BMC Patrol, CiscoWorks, Checkpoint Firewall, Cisco Firewall Feature Set,  COPS, SATAN, TITAN, RealSecure, Dragon, and Snort Intrusion Detection Systems, RSA Ace Server, various port scanners and penetration testing tools.

C, C++, C#, SQL, Sybase, Oracle, MySQL, HTML, XML, Microsoft Visual Basic, JavaScript, PHP, shell scripting languages, PERL, TCL/TK, Expect.

### Protocols

Ethernet, Switched Ethernet, Fast Ethernet, Gigabit Ethernet, Token Ring, FDDI, Frame Relay, Serial Point to Point, ISDN, xDSL, SMDS, X25, SONNET, DWDM, ATM, OSPF, IS-IS, RIP, RIP2, EIGRP, BGP, TCP/IP, IPX/SPX, AppleTalk, H.323, LDAP, TACACS, RADIUS, SNMP, RMON

# EXHIBIT 2

Today

logs

0729WAS

9:50:56, <GWAP>, -, INFO, bmorgan.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

9:51:05, <GWAP>, -, WARN, bmorgan.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user bmorgan failed 5 times. User IP Address is 209.166.2.130.

9:51:19, <GWAP>, -, INFO, mwingate.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

9:51:25, <GWAP>, -, WARN, mwingate.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user mwingate failed 5 times. User IP Address is 209.166.2.130.

10:35:36, <GWAP>, -, INFO, nlamb.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

10:35:44, <GWAP>, -, INFO, alexr, Login failed (192.168.111.2:7205): No such user

11:05:26, <GWAP>, -, INFO, bmorgan.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

11:05:30, <GWAP>, -, INFO, bmorgan.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

11:05:36, <GWAP>, -, INFO, bmorgan.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

11:05:42, <GWAP>, -, INFO, bmorgan.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

11:05:50, <GWAP>, -, INFO, bmorgan.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

11:05:55, <GWAP>, -, WARN, bmorgan.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user bmorgan failed 5 times. User IP Address is 209.166.2.130.

11:06:08, <GWAP>, -, INFO, mwingate.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

11:06:14, <GWAP>, -, INFO, mwingate.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

11:06:19, <GWAP>, -, INFO, mwingate.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

11:06:27, <GWAP>, -, INFO, mwingate.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

11:06:34, <GWAP>, -, INFO, mwingate.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

11:06:43, <GWAP>, -, WARN, mwingate.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user mwingate failed 5 times. User IP Address is 209.166.2.130.

13:17:24, <GWAP>, -, INFO, bmorgan.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

13:17:31, <GWAP>, -, WARN, bmorgan.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user bmorgan failed 5 times. User IP Address is 209.166.2.130.

13:17:55, <GWAP>, -, INFO, mwingate.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

13:18:09, <GWAP>, -, WARN, mwingate.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user mwingate failed 5 times. User IP Address is 209.166.2.130.

15:02:37, <GWAP>, -, INFO, nlamb.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

15:13:17, <GWAP>, -, INFO, nlamb.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

15:13:20, <GWAP>, -, INFO, nlamb.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

15:13:23, <GWAP>, -, INFO, nlamb.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

15:13:33, <GWAP>, -, INFO, sreed.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

15:13:37, <GWAP>, -, INFO, sreed.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

15:13:40, <GWAP>, -, INFO, sreed.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

15:13:42, <GWAP>, -, INFO, sreed.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

15:13:44, <GWAP>, -, INFO, sreed.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

15:13:44, <GWAP>, -, INFO, sreed.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): User did not provide password

15:13:46, <GWAP>, -, WARN, sreed.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user sreed failed 5 times. User IP Address is 192.168.111.7.

15:13:50, <GWAP>, -, WARN, sreed.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user

# EXHIBIT 3

## whois

Whois: | 209.166.2.130

@whois. Magic

| Whois |

Server Used: [ whois.arin.net ]

**209.166.2.130** = [ **209-166-2-130.client.dsl.net** ]

OrgName:   DSL.net  Inc.
OrgID:      FTCI
Address:    545 Long Wharf Dr. 5th floow
City:        New Haven
StateProv:  CT
PostalCode: 06511
Country:    US
NetRange:   **209.166.0.0 - 209.166.63.255**
CIDR:       209.166.0.0/18
NetName:    **DSL-NET-2**
NetHandle:  NET-209-166-0-0-1
Parent:      **NET-209-0-0-0-0**
NetType:    Direct Allocation
NameServer: NS1.DSL.NET
NameServer: NS2.DSL.NET
Comment:
RegDate:
Updated:    2003-04-15
AbuseHandle: **ABUSE177-ARIN**
AbuseName:   Abuse
AbusePhone:  1-203-772-1000
AbuseEmail:  **abuse@dsl.net**

NOCHandle: **NOC291-ARIN**
NOCName:   Network Operations Center
NOCPhone:  1-203-772-1000
NOCEmail:  **noc@dsl.net**

TechHandle: **IPADM54-ARIN**
TechName:   IP Administration
TechPhone:  1-203-772-1000
TechEmail:  **ipadmin@dsl.net**

OrgAbuseHandle: **ABUSE177-ARIN**
OrgAbuseName:   Abuse
OrgAbusePhone:  1-203-772-1000
OrgAbuseEmail:  **abuse@dsl.net**

OrgNOCHandle: **NOC291-ARIN**
OrgNOCName:   Network Operations Center
OrgNOCPhone:  1-203-772-1000
OrgNOCEmail:  **noc@dsl.net**

OrgTechHandle: **IPADM54-ARIN**
OrgTechName:   IP Administration
OrgTechPhone:  1-203-772-1000

OrgTechEmail: **ipadmin@dsl.net**

CustName: **HILDLEBRAND  LIMPARIS & HERVEY**
Address:   117 W. PATRICK ST - 3rd floor
City:      FREDERICK
StateProv: MD
PostalCode: 21701
Country:   US
RegDate:   2001-09-22
Updated:   2001-09-22
NetRange:  **209.166.2.128 - 209.166.2.159**
CIDR:      **209.166.2.128/27**
NetName:   **DSLNET-20010921-00016**
NetHandle: NET-209-166-2-128-1
Parent:    **NET-209-166-0-0-1**
NetType:   Reassigned
Comment:
RegDate:   2001-09-22
Updated:   2001-09-22
AbuseHandle: **ABUSE177-ARIN**
AbuseName:  Abuse
AbusePhone: 1-203-772-1000
AbuseEmail: **abuse@dsl.net**

NOCHandle: **NOC291-ARIN**
NOCName:    Network Operations Center
NOCPhone:  1-203-772-1000
NOCEmail:  **noc@dsl.net**

TechHandle: IPADM54-ARIN
TechName:   IP Administration
TechPhone:  1-203-772-1000
TechEmail:  **ipadmin@dsl.net**

OrgAbuseHandle: **ABUSE177-ARIN**
OrgAbuseName:   Abuse
OrgAbusePhone: 1-203-772-1000
OrgAbuseEmail: **abuse@dsl.net**

OrgNOCHandle: **NOC291-ARIN**
OrgNOCName:    Network Operations Center
OrgNOCPhone:  1-203-772-1000
OrgNOCEmail:  **noc@dsl.net**

OrgTechHandle: **IPADM54-ARIN**
OrgTechName:   IP Administration
OrgTechPhone:  1-203-772-1000
OrgTechEmail:  **ipadmin@dsl.net**

 ARIN WHOIS database  last updated 2005-07-31 19: 10
 Enter ? for additional hints on searching ARIN's WHOIS database.

# EXHIBIT 4

# Hildebrand Limparis & Associates CPA's PC

**phone:** (301) 620-9101

117 West Patrick St, Frederick, MD 21701
map | driving directions

**Products & Services:**
Auditing, Bookkeeping Services

**Specialties:**
Tax Planning & Preparation,Auditing,Business Consulting,Financial &
Estate Planning

**Certifications & Affiliations:**
Certified

**Appears in the Category:**
Certified Public Accountants

Data provided by one or more of the following: Verizon Directories Corp., Acxiom, Amacai, or lawyers.com.

# EXHIBIT 5



**Electronic Tax Organizer**

## Hildebrand, Limparis & Associates, CPAs, PC
### CERTIFIED PUBLIC ACCOUNTANTS · BUSINESS CONSULTANTS

About HLA    Financial & Tax    Individual Services    Level 5 Services    Resources    Contact Us

*To enrich lives...*

*Caring*
Respect
Pride

**117 West Patrick Street, 3rd Floor**
**Frederick, Maryland 21701**
**Ph 301/620.9101 Fx 301/620.9061**

© 2000-2005 Hildebrand, Limparis & Associates, CPAs, PC. All rights reserved.

# EXHIBIT 6

7-24-05

0724WAS

**18:31:12, <GWAP>, -, INFO, bmorgan.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password**

18:31:20, <GWAP>, -, WARN, bmorgan.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user bmorgan failed 5 times. User IP Address is 67.20.56.211.

18:31:37, <GWAP>, -, INFO, mwingate.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password

18:31:45, <GWAP>, -, WARN, mwingate.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user mwingate failed 5 times. User IP Address is 67.20.56.211.

# EXHIBIT 7

# whois

Whois: 67.20.56.211

@whois. Magic

Whois

Server Used: [ whois.arin.net ]

**67.20.56.211 = [ md-middletown1c-211.chvlva.adelphia.net ]**

OrgName:    Adelphia Cable Communications
OrgID:      ADEL
Address:    1 North Main Street
City:       Coudersport
StateProv:  PA
PostalCode: 16915
Country:    US
NetRange:   **67.20.0.0 - 67.23.255.255**
CIDR:       67.20.0.0/14
NetName:    ADELPHIA-CABLE-5
NetHandle:  **NET-67-20-0-0-1**
Parent:     NET-67-0-0-0-0
NetType:    Direct Allocation
NameServer: **NS1.ADELPHIA.NET**
NameServer: **NS2.ADELPHIA.NET**
Comment:
RegDate:    2003-02-24
Updated:    2003-06-26
AbuseHandle: **IPE-ARIN**
AbuseName:   Internet Policy Enforcement
AbusePhone:  1-866-473-2909
AbuseEmail:  **abuse@adelphia.net**

TechHandle: **CKI8-ARIN**
TechName:   Kio  Carolyn
TechPhone:  1-888-512-5111
TechEmail:  **arin@adelphiacom.net**

OrgAbuseHandle: **IPE-ARIN**
OrgAbuseName:   Internet Policy Enforcement
OrgAbusePhone:  1-866-473-2909
OrgAbuseEmail:  **abuse@adelphia.net**

OrgTechHandle: **CKI8-ARIN**
OrgTechName:   Kio  Carolyn
OrgTechPhone:  1-888-512-5111
OrgTechEmail:  **arin@adelphiacom.net**

CustName:   Adelphia
Address:    1 North Main Street

City:      Coudersport
StateProv:  PA
PostalCode: 16915
Country:   US
RegDate:   2003-06-23
Updated:   2003-06-23
NetRange:  **67.20.32.0** - **67.20.63.255**
CIDR:     67.20.32.0/19
NetName:   6720320-Z5
NetHandle:  **NET-67-20-32-0-1**
Parent:    NET-67-20-0-0-1
NetType:    Reassigned
Comment:
RegDate:   2003-06-23
Updated:   2003-06-23
AbuseHandle: IPE-ARIN
AbuseName:   Internet Policy Enforcement
AbusePhone:  1-866-473-2909
AbuseEmail:  **abuse@adelphia.net**

TechHandle: **CKI8-ARIN**
TechName:  Kio  Carolyn
TechPhone:  1-888-512-5111
TechEmail:  **arin@adelphiacom.net**

OrgAbuseHandle: **IPE-ARIN**
OrgAbuseName:   Internet Policy Enforcement
OrgAbusePhone:  1-866-473-2909
OrgAbuseEmail:  **abuse@adelphia.net**

OrgTechHandle: **CKI8-ARIN**
OrgTechName:  Kio  Carolyn
OrgTechPhone: 1-888-512-5111
OrgTechEmail:  **arin@adelphiacom.net**

 ARIN WHOIS database  last updated 2005-07-31 19: 10
 Enter ? for additional hints on searching ARIN's WHOIS database.

# EXHIBIT 8

Received: from web33005.mail.mud.yahoo.com [68.142.206.69]
        by fs1.wmorgancpa.com; Sat, 25 Jun 2005 12:33:43 -0400
Received: (qmail 81466 invoked by uid 60001); 25 Jun 2005 16:37:04 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
  s=s1024; d=yahoo.com;
  h=Message-ID:Received:Date:From:Subject:To:MIME-Version:Content-Type:Content-Transfer-
Encoding;

b=lOwp03cCx0nCEuz+zu0lEqd0XDl5uQUVJ1R1hnKDWEmfwDdOy85/B9iTsf4yH/x4cqm+FxJaF/Mcnw6p
zdyJ84XpFemXTlPwrob1jUfN5PmnX8xUnphtMPYo2CPzgZVUIBK7OPQfi+Pxkco/1sphxqBuD+F+aSSm4
SChlOwZvo8=  ;
Message-ID: <20050625163704.81464.qmail@web33005.mail.mud.yahoo.com>
Received: from [67.20.56.211] by web33005.mail.mud.yahoo.com via HTTP; Sat, 25 Jun 2005 09:37:04
PDT
Date: Sat, 25 Jun 2005 09:37:04 -0700 (PDT)
From: Donald Wiswell <suzwizzy@yahoo.com>
Subject: travel allowance payment
To: nlamb@wmorgancpa.com
MIME-Version: 1.0
Content-Type: text/plain; charset=iso-8859-1
Content-Transfer-Encoding: 8bit

Hi, Natasha,

I have been trying to reconcile my receipt of travel
allowance, and I am coming up that one - possibly two
- is still owed to me

Could you please send me your reconciliation and any
monies due.  Maybe I'm just missing something.

Thank you,
Susan Wiswell

_____
Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

# EXHIBIT 9

Received: from web33009.mail.mud.yahoo.com [68.142.206.73]
        by fs1.wmorgancpa.com; Mon, 27 Jun 2005 12:03:06 -0400
Received: (qmail 89879 invoked by uid 60001); 27 Jun 2005 16:06:29 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
  s=s1024; d=yahoo.com;
  h=Message-ID:Received:Date:From:Subject:To:In-Reply-To:MIME-Version:Content-Type:Content-
Transfer-Encoding;

b=pUXTn6ckRkqOYqxLOlaKD9JKKyPeCbatj7BPQXtUKqVdlBqmHXPccMhdpJbLMXcNIqWX0IFNbPPds
4RLBuZ5Cd9kjLxpSnGjd5F0Zh8CwcLQQIwByzL8yMIy4a8ZA7L2XiAoTCOjnOTm9thSeVvzRo+zaldibkrz
HIhSGdY5N2g= ;
Message-ID: <20050627160629.89877.qmail@web33009.mail.mud.yahoo.com>
Received: from [209.166.2.130] by web33009.mail.mud.yahoo.com via HTTP; Mon, 27 Jun 2005 09:06:29
PDT
Date: Mon, 27 Jun 2005 09:06:29 -0700 (PDT)
From: Donald Wiswell <suzwizzy@yahoo.com>
Subject: Re: travel allowance payment
To: Natalia Lamb <NLamb@wmorgancpa.com>
In-Reply-To: <s2bfe2b6.030@fs1.wmorgancpa.com>
MIME-Version: 1.0
Content-Type: text/plain; charset=iso-8859-1
Content-Transfer-Encoding: 8bit

Thanks Natasha!

I figured I was just missing something. I look
forward to receiving your reconciliation so I can see
where I went wrong. Address is still 4295 Hollow
Court, Middletown, MD 21769.

Thanks again,
Susan


--- Natalia Lamb <NLamb@wmorgancpa.com> wrote:

> Hi, Susan,
>
> I reviewed our payroll records and believe that you
> have been paid for
> all the transportation allowances that you were
> entitled to, in
> accordance with our employee manual.
>
> Regards,
>
>
> Natalia Y. Lamb
> NLamb@wmorgancpa.com
> William A. Morgan, Jr., P.C.
> 4910 Massachusetts Avenue, N.W.
> Suite 110
> Washington, DC 20016
> Tel  (202) 362 3200
> Fax  (202) 362 9270
>

# EXHIBIT 10

42DB9ECF

ýIA □ □  □P  □□ {□        Mon, 18 Jul 2005 12:21:29 -0400                □ □ □ □  □□□ €          W A M -
hotmail.com(bay20-f38.bay20.hotmail.com [64.4.54.127])
D O M  WAM-P O Å        □·     □    □ 0  mwingate@wmorgancpa.com  m w i n g a t e @ w m o
r g a n c p a . c o m          Received: from hotmail.com
        (bay20-f38.bay20.hotmail.com [64.4.54.127])
        by fs1.wmorgancpa.com; Mon, 18 Jul 2005 12:21:29 -0400
Received: from mail pickup service by hotmail.com with Microsoft SMTPSVC;
        Mon, 18 Jul 2005 09:25:18 -0700
Message-ID: <BAY20-F3866F5046ABE64B758E5D883D50@phx.gbl>
Received: from 209.166.2.130 by bay20fd.bay20.hotmail.msn.com with HTTP;
        Mon, 18 Jul 2005 16:25:18 GMT
X-Originating-IP: [209.166.2.130]
X-Originating-Email: [dave_waskiewicz@hotmail.com]
X-Sender: dave_waskiewicz@hotmail.com
In-Reply-To: <s2db7cb5.077@fs1.wmorgancpa.com>
From: "David Waskiewicz" <dave_waskiewicz@hotmail.com>
To: mwingate@wmorgancpa.com
Bcc:
Subject: RE: your resume on Monster
Date: Mon, 18 Jul 2005 12:25:18 -0400
Mime-Version: 1.0
Content-Type: text/plain; format=flowed
X-OriginalArrivalTime: 18 Jul 2005 16:25:18.0418 (UTC) FILETIME=[493FB320:01C58BB5]

## Merritt Wingate - RE: your resume on Monster

| | |
|---|---|
| **From:** | "David Waskiewicz" <dave_waskiewicz@hotmail.com> |
| **To:** | <mwingate@wmorgancpa.com> |
| **Date:** | 7/18/2005 12:21 PM |
| **Subject:** | RE: your resume on Monster |

Either Wednesday afternoon, say 3:30/4:00, or Friday morning early (before 8:30/9:00) would be best for me. Let me know, and I look forward to meeting you, too.

Dave

>From: "Merritt Wingate" <mwingate@wmorgancpa.com>
>To: <dave_waskiewicz@hotmail.com>
>Subject: RE: your resume on Monster
>Date: Mon, 18 Jul 2005 09:55:35 -0400
>
>Dave,
>
>We could meet with you Tuesday afternoon, Wednesday afternoon, Thursday
>afternoon or any time on Friday. Give me a couple times in that period
>and we will set up an interview.
>
>Looking forward to meeting you.
>
>Merritt
>
> >>> "David Waskiewicz" <dave_waskiewicz@hotmail.com> 07/17/05 04:00PM
> >>>
>I have just settled on and moved into a new house, and things did not
>go
>exactly as planned. My telephone is not yet connected. I am sending
>this
>to you from a friend's computer, as mine is not completely set up. I
>hope
>to be up and running in the next few days.
>
>In the meantime, I would be interested in setting up a time to discuss
>the
>opening with your firm. As my resume indicates, I am studying for the
>exam,
>so a public accounting office is what I want. In my current position,
>I
>perform bookkeeping functions, write up/compilations, payroll, personal
>
>property and corporate/partnership returns.
>
>My current salary is $60,000, and that would be my desired starting
>rate. I
>have good skills and am quite personable. Client
>relations/communications
>is one of my strong points.

>
>Please e-mail me, as that is the most accessible form of communication
>I
>have for now, and let me know if you would be able to meet later in the
>
>week.
>
>Thank you,
>
>Dave Waskiewicz
>
> >From: "Merritt Wingate" <mwingate@wmorgancpa.com>
> >To: <dave_waskiewicz@hotmail.com>
> >Subject: your resume on Monster
> >Date: Sat, 16 Jul 2005 07:49:28 -0400
> >
> >Dave,
> >
> >I read your resume and am interested in talking to you further. We
>are
> >a CPA firm in NW DC. We specialize in tax and are looking for a
>person
> >who can do bookkeeping (in house and around DC) as well as light tax
> >returns (ie, payroll, personal property, etc) for our clientele. If
>you
> >are interested please give me a call.
> >
> >Sincerely,
> >
> >
> >Merritt L. Wingate, CPA
> >
> >William A. Morgan, Jr, PC
> >4910 Massachusetts Ave, NW, #110
> >Washington, DC 20016
> >202-362-3200
>
>_____
>Don't just search. Find. Check out the new MSN Search!
>http://search.msn.click-url.com/go/onm00200636ave/direct/01/
>

Express yourself instantly with MSN Messenger! Download today - it's FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/

JUL.28.2005 1:05PM-01561-JR    Document 1-2    Filed 08/03/2005    Page 36 of 47   P.8/22
Post jobs, search resumes, and find better employees on - Monster

Page 1 of 2



CONTACT INFO

David Waskiewicz
4257 Montrose Road
Rockville, MD 20852
US
dave_waskiewicz@hotmail.com

Mobile: 410-707-8719
Contact Preference: E-Mail



RESUME

**Resume ID:** 70855267  **Resume Headline:** Accountant/Bookkeeper

David Waskiewicz
4257 Montrose Road
Rockville, MD 20852

Objective: To obtain a tax accountant/bookkeeping position with a well-established public accounting firm. To assist businesses through the use of my tax and accounting knowledge and skills.

Certification: currently studying for the CPA exam

Education: University of Indiana, Terre Haute – 1989 – BS in Accounting

Experience: Aronson and Company – Small Business Group staff -
1/2001 - Present
Duties include entering checks, deposits, applying payments to payables and receipts to receivables; maintaining bank reconciliations, A/R and A/P reconciliations; processing payroll (stand alone and Paychex/ADP liaison); compilations; small business tax returns including S Corporations, C Corporations, LLCs and Schedule C.

Sullivan & Company, CPAs – Staff Accountant –
5/1995 – 12/2000
Duties included QuickBooks setup and consulting; general **write-up** including bank reconciliations, account analysis, fixed asset maintenance, and capital account adjustments; delivery of monthly or quarterly financials; preparation of quarterly payroll returns and annual reporting requirements; preparation of personal property returns.

Manpower – **Bookkeeper** – 1990 – 5/1995
Duties included maintenance of general ledger; A/P; A/R; payroll; personnel record maintenance. Maintained organized records; daily employee, management and public contact – written and oral.

Software: QuickBooks and Peachtree; Quicken; Turbo Tax; ProSystem

References will be given upon request.

## SUMMARY

| | |
|---|---|
| **Current Career Level:** | Experienced (Non-Manager) |
| **Years of relevant work experience:** | 10+ to 15 Years |
| **Work Status:** | US - I am authorized to work in this country for any employer. |
| **Active Security Clearance:** | No |

**Target Job:**

| | |
|---|---|
| **Target Job Title:** | Accountant |
| **Desired Job Type:** | Employee |
| **Desired Status:** | Full-Time |
| **Willing to work weekends:** | No |
| **Willing to work overtime:** | No |

**Target Company:**

| | |
|---|---|
| **Company Size:** | No Preference |
| **Category:** | Accounting/Auditing |
| **Industry:** | Accounting/Auditing/Tax Services |

**Target Locations:**

| | |
|---|---|
| **Selected Locations:** | US-DC-Washington/Metro |
| **Relocate:** | No |
| **Willingness to travel:** | Up to 25% travel |

**Education:** 5/1989

**Bachelor's Degree**

University of Indiana, Terre Haute    US-IN-Terre Haute

**Experience:**

1/2001 - Present    ARONSON AND COMPANY    Rockville, Maryland
Industry: Accounting/Auditing/Tax Services
**Staff Accountant**

Duties include entering checks, deposits, applying payments to payables and receipts to receivables; maintaining bank reconciliations, A/R and A/P reconciliations; processing payroll (stand alone and Paychex/ADP liaison); compilations; small business tax returns including S Corporations, C Corporations, LLCs and Schedule C.

**CUSTOM RESUME/USER QUESTIONS**

# EXHIBIT 11

42DCC043
ÿIA □ □  □ P  e □  Üe        Tue, 19 Jul 2005 08:56:23 -0400
web34007.mail.mud.yahoo.com                            9 □ b □  □ J □ €        W A M - D O M
W A M - P O  Å      3  `      3    3 0   mwingate@wmorgancpa.com m w i n g a t e @ w m o r g a n c
p a . c o m          Received: from web34007.mail.mud.yahoo.com [66.163.178.88]
        by fs1.wmorgancpa.com; Tue, 19 Jul 2005 08:56:23 -0400
Received: (qmail 51838 invoked by uid 60001); 19 Jul 2005 13:00:14 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
  s=s1024; d=yahoo.com;
  h=Message-ID:Received:Date:From:Subject:To:MIME-Version:Content-Type:Content-Transfer-Encoding;

  b=01zyXoNw5Ii7uxGyQvSJkihN0mxbCSjJHoL3XNfVK/XpLUIRMrqJbAvi4gfPJnc+NnME/Vuu3aH6NDuGxQt/cacb
0bdy7A6hNqhn1/WbU7f83Tf8JbiKtPYIVPZiUsxfbiL5zduCkiXGSoWSv4XxDKdmDeAOFy1YOVaq4vVyPiM=  ;
  Message-ID: <20050719130014.51836.qmail@web34007.mail.mud.yahoo.com>
Received: from [209.166.2.130] by web34007.mail.mud.yahoo.com via HTTP; Tue, 19 Jul 2005 06:00:14 PDT
Date: Tue, 19 Jul 2005 06:00:14 -0700 (PDT)
From: Tara Benedict <t_j_benedict@yahoo.com>
Subject: CPA position
To: mwingate@wmorgancpa.com
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="0-2070248545-1121778014=:51765"
Content-Transfer-Encoding: 8bit

Page 1

Merritt Wingate - TEXT.htm

```
<DIV>
<DIV>I am responding to your ad in The Washington Post, Sunday July 17.  I believe I have the
qualities and qualifications you are seeking.</DIV>
<DIV> </DIV>
<DIV>Attached is my resume.  My current salary is $90,000.</DIV>
<DIV> </DIV>
<DIV>After reviewing my resume, I hope you will want to schedule an interview.  Please e-mail me
and we can arrange the meeting.</DIV>
<DIV> </DIV>
<DIV>Thank you for your time.</DIV>
<DIV> </DIV>
<DIV>Tara Benedict</DIV></DIV><p>
                <hr size=1> <a
href="http://us.rd.yahoo.com/evt=34442/*http://www.yahoo.com/r/hs">Start your day with Yahoo! - make it
your home page </a>
```

**Tara Benedict/425 Kentlands Boulevard, Gaithersburg, MD 20878**

**Objective:** To obtain a senior tax position with a well-established firm to support managers in training and assisting junior staff.

**Education: University of Maryland – 1997 -** Degree in Accounting

**Certification:** CPA

**Experience:  Watkins, Meegan, Drury & Company, LLC**
            **Senior Tax Accountant -** 4/2003 - Present
            *Review tax returns and financial statements prepared by other staff
            *Heavy tax accounting for complex individual returns
            *Multi-state returns
            *Partnership, Corporate, Trust, Estate and Exempt Organization Returns
            *Compilations

            **Katz and Company,** CERTIFIED PUBLIC ACCOUNTANTS **- Staff Accountant -** 9/1999 - 3
            * Prepare corporate, partnership and non-profit tax returns
            * Prepare individual tax returns
            * Prepare compilations and reviews
            * Assist on large and medium-sized audits
            * Communicate with clients
            * Analyze accounts

            **Mendolson & Mendolson,** CERTIFIED PUBLIC ACCOUNTANTS **– Staff Accountant**
               12/1997 - 9/1999
            * Prepare individual tax returns
            * Prepare corporate tax returns
            * Prepare compilations and reviews
            * Reconcile bank accounts
            * Analyze accounts
            * Prepare quarterly payroll tax returns
            * Communicate with clients

**Software:**  Prosystem Tax, Practice, Engagement, Planning, Fixed Assets; QuickBooks

References available upon request.

# EXHIBIT 12

42DD43C0

ŷIA □ □ □ P , □ 3,        Tue, 19 Jul 2005 18:17:14 -0400
web34006.mail.mud.yahoo.com                    J □6 □ □I □ €        W A M - D O M
W A M - P O Å      0 ` 0 0 0  mwingate@wmorgancpa.com m w i n g a t e @ w m o r g a n c
p a . c o m        Received: from web34006.mail.mud.yahoo.com [66.163.178.87]
        by fs1.wmorgancpa.com; Tue, 19 Jul 2005 18:17:14 -0400
Received: (qmail 64889 invoked by uid 60001); 19 Jul 2005 22:21:05 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
  s=s1024; d=yahoo.com;

h=Message-ID:Received:Date:From:Subject:To:In-Reply-To:MIME-Version:Content-Type:Content-Transfer-Encod
ing;

b=Pmx5eddgTkK5y+CYsTqAAhnwBnE/NeLbGacGimnlrtPuZfCV/89d7nAzE5h15tWBNRwHCAiJi4y49IKJa4t2qN8
WsGZPmhqoSnzBule5jyR+LdIL+v8UjP376iluxkgsIXf82D7mpM32xKpBRBKG/G4OEqQZvNoxUYYkoMH12y4=  ;
Message-ID: <20050719222105.64887.qmail@web34006.mail.mud.yahoo.com>
Received: from [67.20.56.211] by web34006.mail.mud.yahoo.com via HTTP; Tue, 19 Jul 2005 15:21:04 PDT
Date: Tue, 19 Jul 2005 15:21:04 -0700 (PDT)
From: Tara Benedict <t_i_benedict@yahoo.com>
Subject: Re: CPA position
To: Merritt Wingate <mwingate@wmorgancpa.com>
In-Reply-To: <s2dcdb92.004@fs1.wmorgancpa.com>
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="0-1227790256-1121811664=:63359"
Content-Transfer-Encoding: 8bit

Page 1

# EXHIBIT 13

42E0A625

ÿIA □ □  □ P  □0  Ý□        Fri, 22 Jul 2005 07:53:44 -0400
web34011.mail.mud.yahoo.com                              □ □ □ □  □ □□ €          W A M - D O M
W A M - P O  Ä        6 `      6     6 0   mwingate@wmorgancpa.com m w i n g a t e @ w m o r g a n c
p a . c o m            Received: from web34011.mail.mud.yahoo.com [66.163.178.92]
        by fs1.wmorgancpa.com; Fri, 22 Jul 2005 07:53:44 -0400
Received: (qmail 39172 invoked by uid 60001); 22 Jul 2005 11:57:38 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
  s=s1024; d=yahoo.com;
  h=Message-ID:Received:Date:From:Subject:To:MIME-Version:Content-Type:Content-Transfer-Encoding;

b=WOj4pmQ3y+MgUPPyPxI9UI9XQGuAbous6HKHA3WDKJgswSvRa7NmhfilsAssm7zofv5p3lPoeIfKX7TIG/bn1
GMpb3GkpLvishPpB0YdBxgB2f5BDOIaS+FJj/sJL9Kdb1QDaQaZqZFyxowfOhUaGu+H3YJQ9D6X1QDOEGncWf
s= ;
Message-ID: <20050722115738.39170.qmail@web34011.mail.mud.yahoo.com>
Received: from [67.20.56.211] by web34011.mail.mud.yahoo.com via HTTP; Fri, 22 Jul 2005 04:57:38 PDT
Date: Fri, 22 Jul 2005 04:57:38 -0700 (PDT)
From: Tara Benedict <t_i_benedict@yahoo.com>
Subject: interview
To: mwingate@wmorgancpa.com
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="0-320834937-1122033458=:32361"
Content-Transfer-Encoding: 8bit

# EXHIBIT 14

**Morgan v. Wiswell et al**

**Events in Case Linked by Originating
Internet Protocol (IP) Address**



**67.20.56.211**
IP address assigned to Internet Service Provider
Adelphia.net; designated by Adelphia.net as
'md-middletown1c-211.chvlva.adelphia.net'

Email message 7/19/05 6:21 pm
From Tara Benedict
Sent from IP address 67.20.56.211

Email message 7/22/05 7:57 am
From Tara Benedict
Sent from IP address 67.20.56.211

Email message 6/25/05 12:37 pm
From Susan Wiswell
Sent from IP address 67.20.56.211

Rejected login attempts xx:xx, xx:xx pm
Sunday, 7/24/05
Originated from IP address 67.20.56.211

**209.166.2.130**
IP address assigned to
Hildebrand Limparis & Hevey, Frederick MD
by Internet Service Provider dsl.net

Email message 7/19/05 9:00 am
From Tara Benedict
Sent from IP address 209.166.2.130

Email message 7/18/05 12:25 pm
From David Waskiewicz
Sent from IP address 209.166.2.130

Email message 6/27/05 12:06 pm
From Susan Wiswell
Sent from IP address 209.166.2.130

Rejected login attempts to Morgan system
Friday, 11:05, 11:06 am 7/29/05
Originated from IP address 209.166.2.130