# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUSAN WISWELL, )<br>ANGELA MURPHY, )<br>JOHN DOES(S) 1-10, )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION NO. _____ |

**DECLARATION OF NATALIA LAMB**

I, Natalia Lamb, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am the office manager at William A. Morgan, Jr., P.C., the Plaintiff in this case.

2. The facts set forth in this Declaration are based upon my personal knowledge and, if called to testify about those facts, I could and would do so completely.

3. On July 25, I accessed and printed a copy of the server access logs for Morgan's email system showing attempts to sign into Morgan email accounts from July 14, 2005 through July 25, 2005. Printouts of the server access logs are attached as Exhibit 1.

4. The server access logs indicate that, from July 14, 2005 to July 25, 2005, a total of more than 110 failed attempts were made to sign into email accounts at Morgan using usernames and invalid passwords for former Morgan employees Angela Murphy ("amurphy") and Susan Wiswell ("swiswell"), as well as current Morgan employees William Morgan ("bmorgan"), Merritt Wingate ("mwingate"), Natalia Lamb ("nlamb"), and Marci Vergillo ("mvergillo").

5. As an employee at Morgan, I have a username and password that allow me to log into my email account at Morgan. I have reviewed the copies of Morgan's server access logs

attached to this declaration and as Exhibit 2, 6, and 7 to the Declaration of Alex Rosenbaum. The entries in the server access logs list dates and times when my username ("nlamb") and an invalid password were used in a failed attempt to access my email account at Morgan. During the time period covered by the server access logs, however, I did not make any unsuccessful attempts to log into my email account.

6. On or about June 27, 2005, I was informed by Ms. Merritt Wingate, Morgan's Vice President, that several of her email messages had been forwarded by blind copy to the email account notmuchman_01@yahoo.com. When I inspected Ms. Wingate's and Mr. Morgan's email accounts, I discovered that a "rule" had been created in both email accounts that forwarded copies of their email correspondence to two Yahoo! email accounts at notmuchman_01@yahoo.com and johnjohnson_1974@yahoo.com. When it was discovered, the forwarding rule in Mr. Morgan's email account was not activated. I deactivated the rule in Ms. Wingate's email account, but did not delete the rules from either account.

7. Shortly after the forwarding rules were discovered and deactivated, I discovered that someone had accessed the email accounts of both Ms. Wingate and Mr. Morgan and deleted the forwarding rules.

8. When the forwarding rules were discovered, I disabled the NetWare® passwords used by Murphy and Wiswell to access Morgan's computer network, but inadvertently failed to disable the GroupWise® passwords that Murphy and Wiswell used to gain remote access to Morgan's email system through the Internet.

2

9. According to the server access logs, repeated attempts were again made to access Morgan's email system yesterday, August 1, 2005, using the usernames "bmorgan" and "mwingate."

Date: August 2, 2005                               _____
                                                   Natalia Lamb

3

# EXHIBIT 1

```
                                         0714WEB
07-14-05 00:00:01 ***** WebAccess Configuration Information *****
07-14-05 00:00:01
07-14-05 00:00:01 General Settings:
07-14-05 00:00:01    Agent Version: 6.0.3 (1/28/2003)
07-14-05 00:00:01    Gateway Home Directory: fs1/mail:\domain\wpgate\webac60a
07-14-05 00:00:01    NetWare Clustering: Disabled
07-14-05 00:00:01    Server Platform: Novell NetWare 5.60
07-14-05 00:00:01    SNMP: Enabled
07-14-05 00:00:01    Work Directory: fs1/mail:\domain\wpgate\webac60a
07-14-05 00:00:01
07-14-05 00:00:01 Log Settings:
07-14-05 00:00:01    Log File: fs1/mail:\domain\wpgate\webac60a\000.prc\0714web.001
07-14-05 00:00:01    Log Level: VERBOSE
07-14-05 00:00:01    Max Log File Age (days): 7
07-14-05 00:00:01    Max Log Disk Space (kb): 10240
07-14-05 00:00:01
07-14-05 00:00:01 Client/Server Settings:
07-14-05 00:00:01    IP Address: fs1.wmorgancpa.com
07-14-05 00:00:01    TCP Port for Incoming Connections: 7205
07-14-05 00:00:01    HTTP: Disabled
07-14-05 00:00:01    HTTP Port: 7205
07-14-05 08:38:40 Login failed: User mwingate supplied invalid password
07-14-05 08:38:40 Login rejected: Password is incorrect
07-14-05 08:38:40 Login failed: mwingate
07-14-05 08:38:55 Login failed: User mwingate tried too many times with invalid password
07-14-05 08:38:55 Login failed: mwingate
07-14-05 08:39:07 Login failed: User bmorgan supplied invalid password
07-14-05 08:39:07 Login rejected: Password is incorrect
07-14-05 08:39:07 Login failed: bmorgan
07-14-05 08:39:12 Login failed: User bmorgan tried too many times with invalid password
07-14-05 08:39:12 Login failed: bmorgan
07-14-05 13:41:58 Login failed: User mwingate supplied invalid password
07-14-05 13:41:58 Login rejected: Password is incorrect
07-14-05 13:41:58 Login failed: mwingate
07-14-05 13:42:10 Login failed: User mwingate tried too many times with invalid password
07-14-05 13:42:10 Login failed: mwingate
07-14-05 13:42:19 Login failed: User bmorgan supplied invalid password
07-14-05 13:42:19 Login rejected: Password is incorrect
07-14-05 13:42:19 Login failed: bmorgan
07-14-05 13:42:33 Login failed: User bmorgan tried too many times with invalid password
07-14-05 13:42:33 Login failed: bmorgan
07-15-05 07:27:43 Login failed: User mwingate supplied invalid password
07-15-05 07:27:43 Login rejected: Password is incorrect
07-15-05 07:27:43 Login failed: mwingate
07-15-05 07:27:49 Login failed: User mwingate tried too many times with invalid password
07-15-05 07:27:49 Login failed: mwingate
07-15-05 07:27:58 Login failed: User bmorgan supplied invalid password
07-15-05 07:27:58 Login rejected: Password is incorrect
07-15-05 07:27:58 Login failed: bmorgan
07-15-05 07:28:04 Login failed: User bmorgan tried too many times with invalid password
07-15-05 07:28:04 Login failed: bmorgan
07-15-05 09:24:16 Login failed: User mwingate supplied invalid password
07-15-05 09:24:16 Login rejected: Password is incorrect
07-15-05 09:24:16 Login failed: mwingate
07-15-05 09:25:19 ...DOM.WAM-PO.bmorgan  Login
07-15-05 09:25:19 ...DOM.WAM-PO.bmorgan  List folders
```

```
                                             0714WEB
07-15-05 09:25:25 ...DOM.WAM-PO.bmorgan  Display In Box
07-15-05 09:26:25 ...DOM.WAM-PO.bmorgan  Read a message by ID
07-15-05 09:26:30 ...DOM.WAM-PO.bmorgan  Read attachment
07-15-05 09:26:30 Viewed document: TEXT.htm User: WAM-DOM.WAM-PO.bmorgan Index: 18
07-15-05 09:27:27 ...DOM.WAM-PO.bmorgan  Read a message by ID
07-15-05 09:27:29 ...DOM.WAM-PO.bmorgan  Read attachment
07-15-05 09:27:29 Viewed document: TEXT.htm User: WAM-DOM.WAM-PO.bmorgan Index: 18
07-15-05 09:27:54 ...DOM.WAM-PO.bmorgan  Read a message by ID
07-15-05 09:27:56 ...DOM.WAM-PO.bmorgan  Read attachment
07-15-05 09:27:56 Viewed document: TEXT.htm User: WAM-DOM.WAM-PO.bmorgan Index: 18
07-15-05 09:28:06 ...DOM.WAM-PO.bmorgan  Read a message by ID
07-15-05 09:28:08 ...DOM.WAM-PO.bmorgan  Read attachment
07-15-05 09:28:08 Viewed document: TEXT.htm User: WAM-DOM.WAM-PO.bmorgan Index: 18
07-15-05 09:28:33 ...DOM.WAM-PO.bmorgan  Read a message by ID
07-15-05 09:28:56 ...DOM.WAM-PO.bmorgan  Read a message by ID
07-15-05 09:28:58 ...DOM.WAM-PO.bmorgan  Read attachment
07-15-05 09:28:58 Viewed document: TEXT.htm User: WAM-DOM.WAM-PO.bmorgan Index: 18
07-15-05 09:49:05 ...DOM.WAM-PO.bmorgan  Conversation timed out
07-17-05 15:57:13 Login failed: User mwingate supplied invalid password
07-17-05 15:57:13 Login rejected: Password is incorrect
07-17-05 15:57:13 Login failed: mwingate
07-17-05 15:57:23 Login failed: User mwingate supplied invalid password
07-17-05 15:57:23 Login rejected: Password is incorrect
07-17-05 15:57:23 Login failed: mwingate
07-17-05 15:57:34 Login failed: User mwingate supplied invalid password
07-17-05 15:57:34 Login rejected: Password is incorrect
07-17-05 15:57:34 Login failed: mwingate
07-17-05 15:57:41 Login failed: User mwingate supplied invalid password
07-17-05 15:57:41 Login rejected: Password is incorrect
07-17-05 15:57:41 Login failed: mwingate
07-17-05 15:58:02 Login failed: User mwingate supplied invalid password
07-17-05 15:58:02 Login rejected: Password is incorrect
07-17-05 15:58:02 Login failed: mwingate
07-17-05 15:58:11 Login failed: User mwingate tried too many times with invalid password
07-17-05 15:58:11 Login failed: mwingate
07-17-05 15:58:21 Login failed: User bmorgan supplied invalid password
07-17-05 15:58:21 Login rejected: Password is incorrect
07-17-05 15:58:21 Login failed: bmorgan
07-17-05 15:58:27 Login failed: User bmorgan supplied invalid password
07-17-05 15:58:27 Login rejected: Password is incorrect
07-17-05 15:58:27 Login failed: bmorgan
07-17-05 15:58:35 Login failed: User bmorgan supplied invalid password
07-17-05 15:58:35 Login rejected: Password is incorrect
07-17-05 15:58:35 Login failed: bmorgan
07-17-05 15:58:43 Login failed: User bmorgan supplied invalid password
07-17-05 15:58:43 Login rejected: Password is incorrect
07-17-05 15:58:43 Login failed: bmorgan
07-17-05 15:58:49 Login failed: User bmorgan supplied invalid password
07-17-05 15:58:49 Login rejected: Password is incorrect
07-17-05 15:58:49 Login failed: bmorgan
07-17-05 15:58:58 Login failed: User bmorgan tried too many times with invalid password
07-17-05 15:58:58 Login failed: bmorgan
07-17-05 20:27:19 Login failed: User mwingate supplied invalid password
07-17-05 20:27:19 Login rejected: Password is incorrect
07-17-05 20:27:19 Login failed: mwingate
07-17-05 20:27:27 Login failed: User mwingate tried too many times with invalid password
```

```
                                    0714WEB
07-17-05 20:27:27 Login failed: mwingate
07-17-05 20:27:39 Login failed: User bmorgan supplied invalid password
07-17-05 20:27:39 Login rejected: Password is incorrect
07-17-05 20:27:39 Login failed: bmorgan
07-17-05 20:27:44 Login failed: User bmorgan tried too many times with invalid password
07-17-05 20:27:44 Login failed: bmorgan
07-18-05 10:07:53 Login failed: User mwingate supplied invalid password
07-18-05 10:07:53 Login rejected: Password is incorrect
07-18-05 10:07:53 Login failed: mwingate
07-18-05 10:07:59 Login failed: User mwingate tried too many times with invalid password
07-18-05 10:07:59 Login failed: mwingate
07-18-05 12:21:50 Login failed: User mwingate supplied invalid password
07-18-05 12:21:50 Login rejected: Password is incorrect
07-18-05 12:21:50 Login failed: mwingate
07-18-05 12:21:58 Login failed: User mwingate tried too many times with invalid password
07-18-05 12:21:58 Login failed: mwingate
07-18-05 12:22:07 Login failed: User bmorgan supplied invalid password
07-18-05 12:22:07 Login rejected: Password is incorrect
07-18-05 12:22:07 Login failed: bmorgan
07-18-05 12:22:16 Login failed: User bmorgan tried too many times with invalid password
07-18-05 12:22:16 Login failed: bmorgan
07-18-05 13:23:33 ...DOM.WAM-PO.bmorgan  Login
07-18-05 13:23:33 ...DOM.WAM-PO.bmorgan  List folders
07-18-05 13:23:35 ...DOM.WAM-PO.bmorgan  Display In Box
07-18-05 13:44:04 ...DOM.WAM-PO.bmorgan  Conversation timed out
07-18-05 19:28:55 ...DOM.WAM-PO.bmorgan  Login
07-18-05 19:28:55 ...DOM.WAM-PO.bmorgan  List folders
07-18-05 19:29:01 ...DOM.WAM-PO.bmorgan  Display In Box
07-18-05 19:29:08 ...DOM.WAM-PO.bmorgan  Open folder of incoming messages
07-18-05 19:49:23 ...DOM.WAM-PO.bmorgan  Conversation timed out
07-20-05 09:28:55 Login failed: User mwingate supplied invalid password
07-20-05 09:28:55 Login rejected: Password is incorrect
07-20-05 09:28:55 Login failed: mwingate
07-20-05 09:29:10 Login failed: User mwingate supplied invalid password
07-20-05 09:29:10 Login rejected: Password is incorrect
07-20-05 09:29:10 Login failed: mwingate
07-20-05 09:29:20 Login failed: User mwingate supplied invalid password
07-20-05 09:29:20 Login rejected: Password is incorrect
07-20-05 09:29:20 Login failed: mwingate
07-20-05 09:29:29 Login failed: User mwingate supplied invalid password
07-20-05 09:29:29 Login rejected: Password is incorrect
07-20-05 09:29:29 Login failed: mwingate
07-20-05 09:29:36 Login failed: User mwingate supplied invalid password
07-20-05 09:29:36 Login rejected: Password is incorrect
07-20-05 09:29:36 Login failed: mwingate
07-20-05 09:29:45 Login failed: User mwingate tried too many times with invalid password
07-20-05 09:29:45 Login failed: mwingate
07-20-05 15:47:39 Login failed: User swiswell supplied invalid password
07-20-05 15:47:39 Login rejected: Password is incorrect
07-20-05 15:47:39 Login failed: swiswell
07-20-05 15:47:45 Login failed: User swiswell supplied invalid password
07-20-05 15:47:45 Login rejected: Password is incorrect
07-20-05 15:47:45 Login failed: swiswell
07-20-05 15:47:51 Login failed: User swiswell supplied invalid password
07-20-05 15:47:51 Login rejected: Password is incorrect
07-20-05 15:47:51 Login failed: swiswell
```

```
                                      0714WEB
07-20-05 15:48:01 Login failed: User swiswell supplied invalid password
07-20-05 15:48:01 Login rejected: Password is incorrect
07-20-05 15:48:01 Login failed: swiswell
07-20-05 15:48:10 Login failed: User swiswell supplied invalid password
07-20-05 15:48:10 Login rejected: Password is incorrect
07-20-05 15:48:10 Login failed: swiswell
07-20-05 15:48:21 Login failed: User swiswell tried too many times with invalid password
07-20-05 15:48:21 Login failed: swiswell
07-20-05 15:48:31 Login failed: User mwingate supplied invalid password
07-20-05 15:48:31 Login rejected: Password is incorrect
07-20-05 15:48:31 Login failed: mwingate
07-20-05 15:48:36 Login failed: User mwingate tried too many times with invalid password
07-20-05 15:48:36 Login failed: mwingate
07-20-05 16:56:54 Login failed: User bmorgan supplied invalid password
07-20-05 16:56:54 Login rejected: Password is incorrect
07-20-05 16:56:54 Login failed: bmorgan
07-20-05 18:35:43 Login failed: User mwingate supplied invalid password
07-20-05 18:35:43 Login rejected: Password is incorrect
07-20-05 18:35:43 Login failed: mwingate
07-20-05 18:35:53 Login failed: User mwingate tried too many times with invalid password
07-20-05 18:35:53 Login failed: mwingate
07-21-05 07:57:43 Login failed: User mwingate supplied invalid password
07-21-05 07:57:43 Login rejected: Password is incorrect
07-21-05 07:57:43 Login failed: mwingate
07-21-05 07:57:56 Login failed: User mwingate tried too many times with invalid password
07-21-05 07:57:56 Login failed: mwingate
07-21-05 07:58:08 Login failed: User bmorgan supplied invalid password
07-21-05 07:58:08 Login rejected: Password is incorrect
07-21-05 07:58:08 Login failed: bmorgan
07-21-05 08:46:32 Login failed: User mwingate supplied invalid password
07-21-05 08:46:32 Login rejected: Password is incorrect
07-21-05 08:46:32 Login failed: mwingate
07-21-05 08:46:44 Login failed: User mwingate tried too many times with invalid password
07-21-05 08:46:44 Login failed: mwingate
07-21-05 08:49:20 Login failed: User bmorgan supplied invalid password
07-21-05 08:49:20 Login rejected: Password is incorrect
07-21-05 08:49:20 Login failed: bmorgan
07-21-05 08:49:32 Login failed: User wm69-m did not supply password
07-21-05 08:49:32 Login rejected: Password is incorrect
07-21-05 08:49:32 Login failed: wm69-m
07-21-05 08:49:40 Login failed: User bmorgan supplied invalid password
07-21-05 08:49:40 Login rejected: Password is incorrect
07-21-05 08:49:40 Login failed: bmorgan
07-21-05 10:24:36 Login failed: User mwingate supplied invalid password
07-21-05 10:24:36 Login rejected: Password is incorrect
07-21-05 10:24:36 Login failed: mwingate
07-21-05 10:24:43 Login failed: User mwingate tried too many times with invalid password
07-21-05 10:24:43 Login failed: mwingate
07-21-05 10:24:54 Login failed: User bmorgan supplied invalid password
07-21-05 10:24:54 Login rejected: Password is incorrect
07-21-05 10:24:54 Login failed: bmorgan
07-21-05 10:25:02 Login failed: User bmorgan tried too many times with invalid password
07-21-05 10:25:02 Login failed: bmorgan
07-21-05 17:59:50 Login failed: User mwingate supplied invalid password
07-21-05 17:59:50 Login rejected: Password is incorrect
07-21-05 17:59:50 Login failed: mwingate
```

0714WEB

```
07-21-05 17:59:56 Login failed: User mwingate tried too many times with invalid password
07-21-05 17:59:56 Login failed: mwingate
07-21-05 18:00:10 Login failed: User bmorgan supplied invalid password
07-21-05 18:00:10 Login rejected: Password is incorrect
07-21-05 18:00:10 Login failed: bmorgan
07-21-05 18:00:26 Login failed: User bmorgan tried too many times with invalid password
07-21-05 18:00:26 Login failed: bmorgan
07-22-05 11:05:43 Login failed: User mwingate supplied invalid password
07-22-05 11:05:43 Login rejected: Password is incorrect
07-22-05 11:05:43 Login failed: mwingate
07-22-05 11:05:50 Login failed: User mwingate tried too many times with invalid password
07-22-05 11:05:50 Login failed: mwingate
07-22-05 13:10:24 Login failed: User bmorgan supplied invalid password
07-22-05 13:10:24 Login rejected: Password is incorrect
07-22-05 13:10:24 Login failed: bmorgan
07-22-05 13:10:35 Login failed: User bmorgan tried too many times with invalid password
07-22-05 13:10:35 Login failed: bmorgan
07-22-05 13:10:49 Login failed: User mwingate supplied invalid password
07-22-05 13:10:49 Login rejected: Password is incorrect
07-22-05 13:10:49 Login failed: mwingate
07-22-05 13:10:58 Login failed: User mwingate tried too many times with invalid password
07-22-05 13:10:58 Login failed: mwingate
07-22-05 19:42:22 Login failed: User mwingate supplied invalid password
07-22-05 19:42:22 Login rejected: Password is incorrect
07-22-05 19:42:22 Login failed: mwingate
07-22-05 19:42:40 Login failed: User mwingate tried too many times with invalid password
07-22-05 19:42:40 Login failed: mwingate
07-24-05 18:31:12 Login failed: User bmorgan supplied invalid password
07-24-05 18:31:12 Login rejected: Password is incorrect
07-24-05 18:31:12 Login failed: bmorgan
07-24-05 18:31:21 Login failed: User bmorgan tried too many times with invalid password
07-24-05 18:31:21 Login failed: bmorgan
07-24-05 18:31:37 Login failed: User mwingate supplied invalid password
07-24-05 18:31:37 Login rejected: Password is incorrect
07-24-05 18:31:37 Login failed: mwingate
07-24-05 18:31:45 Login failed: User mwingate tried too many times with invalid password
07-24-05 18:31:45 Login failed: mwingate
07-25-05 08:48:15 Login failed: User mwingate supplied invalid password
07-25-05 08:48:15 Login rejected: Password is incorrect
07-25-05 08:48:15 Login failed: mwingate
07-25-05 08:48:21 Login failed: User mwingate tried too many times with invalid password
07-25-05 08:48:21 Login failed: mwingate
07-25-05 08:48:32 Login failed: User bmorgan supplied invalid password
07-25-05 08:48:32 Login rejected: Password is incorrect
07-25-05 08:48:32 Login failed: bmorgan
07-25-05 08:48:40 Login failed: User bmorgan tried too many times with invalid password
07-25-05 08:48:40 Login failed: bmorgan
07-25-05 09:41:45 Login failed: User mwingate supplied invalid password
07-25-05 09:41:45 Login rejected: Password is incorrect
07-25-05 09:41:45 Login failed: mwingate
07-25-05 09:41:52 Login failed: User mwingate tried too many times with invalid password
07-25-05 09:41:52 Login failed: mwingate
07-25-05 09:42:10 Login failed: User bmorgan supplied invalid password
07-25-05 09:42:10 Login rejected: Password is incorrect
07-25-05 09:42:10 Login failed: bmorgan
07-25-05 09:42:20 Login failed: User bmorgan tried too many times with invalid password
```

0714WEB

```
07-25-05 09:42:20 Login failed: bmorgan
07-25-05 09:42:31 Login failed: User nlamb supplied invalid password
07-25-05 09:42:31 Login rejected: Password is incorrect
07-25-05 09:42:31 Login failed: nlamb
07-25-05 09:42:38 Login failed: User nlamb supplied invalid password
07-25-05 09:42:38 Login rejected: Password is incorrect
07-25-05 09:42:38 Login failed: nlamb
07-25-05 09:42:47 Login failed: User nlamb supplied invalid password
07-25-05 09:42:47 Login rejected: Password is incorrect
07-25-05 09:42:47 Login failed: nlamb
07-25-05 09:42:56 Login failed: User nlamb supplied invalid password
07-25-05 09:42:56 Login rejected: Password is incorrect
07-25-05 09:42:56 Login failed: nlamb
07-25-05 09:43:01 Login failed: User nlamb supplied invalid password
07-25-05 09:43:01 Login rejected: Password is incorrect
07-25-05 09:43:01 Login failed: nlamb
07-25-05 09:43:10 Login failed: User nlamb tried too many times with invalid password
07-25-05 09:43:10 Login failed: nlamb
07-25-05 16:47:24 Login failed: User mwingate supplied invalid password
07-25-05 16:47:24 Login rejected: Password is incorrect
07-25-05 16:47:24 Login failed: mwingate
07-25-05 16:47:29 Login failed: User mwingate tried too many times with invalid password
07-25-05 16:47:29 Login failed: mwingate
07-25-05 16:47:41 Login failed: User bmorgan supplied invalid password
07-25-05 16:47:41 Login rejected: Password is incorrect
07-25-05 16:47:41 Login failed: bmorgan
07-25-05 16:47:51 Login failed: User bmorgan tried too many times with invalid password
07-25-05 16:47:51 Login failed: bmorgan
07-25-05 16:48:02 Login failed: Can't find user mvergillo in domain database
07-25-05 16:48:02 Unable to find the specified user
07-25-05 16:48:02 Login failed: mvergillo
07-25-05 16:48:06 Login failed: Can't find user mvergillo in domain database
07-25-05 16:48:06 Unable to find the specified user
07-25-05 16:48:06 Login failed: mvergillo
07-25-05 16:48:15 Login failed: Can't find user mvergillo in domain database
07-25-05 16:48:15 Unable to find the specified user
07-25-05 16:48:15 Login failed: mvergillo
07-25-05 16:48:21 Login failed: Can't find user mvergillo in domain database
07-25-05 16:48:21 Unable to find the specified user
07-25-05 16:48:21 Login failed: mvergillo
07-25-05 16:48:34 Login failed: Can't find user mvergillo in domain database
07-25-05 16:48:34 Unable to find the specified user
07-25-05 16:48:34 Login failed: mvergillo
07-25-05 16:48:44 Login failed: User mvergillo tried too many times with invalid password
07-25-05 16:48:44 Login failed: mvergillo
07-25-05 16:49:03 Login failed: User amurphy supplied invalid password
07-25-05 16:49:03 Login rejected: Password is incorrect
07-25-05 16:49:03 Login failed: amurphy
07-25-05 16:49:08 Login failed: User amurphy supplied invalid password
07-25-05 16:49:08 Login rejected: Password is incorrect
07-25-05 16:49:08 Login failed: amurphy
07-25-05 16:49:17 Login failed: User amurphy supplied invalid password
07-25-05 16:49:17 Login rejected: Password is incorrect
07-25-05 16:49:17 Login failed: amurphy
07-25-05 16:49:25 Login failed: User amurphy supplied invalid password
07-25-05 16:49:25 Login rejected: Password is incorrect
```

0714WEB

07-25-05 16:49:25 Login failed: amurphy
07-25-05 16:49:33 Login failed: User amurphy supplied invalid password
07-25-05 16:49:33 Login rejected: Password is incorrect
07-25-05 16:49:33 Login failed: amurphy
07-25-05 16:49:39 Login failed: User amurphy tried too many times with invalid password
07-25-05 16:49:39 Login failed: amurphy