# EXHIBIT E

*William A. Morgan, Jr., P.C.*
CERTIFIED PUBLIC ACCOUNTANTS

4910 MASSACHUSETTS AVENUE, N.W., SUITE 110
WASHINGTON, D.C. 20016
(202) 362-3200 FAX (202) 362-9270

WILLIAM A. MORGAN, JR., CPA

MERRITT L. WINGATE, CPA, CDFA

MEMBER AMERICAN INSTITUTE
OF CERTIFIED PUBLIC
ACCOUNTANTS

July 26, 2005

I, Marcella J. Vergillo, confirm that I was in the office from 8:30 a.m. to 5:00 p.m. on July 14 through July 25, 2005, and did not try to access Groupwise from an outside source.

_____
Marcella J. Vergillo