CO-386
Rev. 10/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG - 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

William A. Morgan, Jr., P.C. )
)
)
  Plaintiff )
)
v. )
)
Susan Wiswell, )
Angela Murphy,    Defendant )
John Does 1-10 )

CASE NUMBER   1:05CV01561

JUDGE: James Robertson

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 08/03/2005

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for  William A. Morgan, Jr., P.C.  , certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Plaintiff  , which have any outstanding securities in the hands of the public.  None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

384701
Bar Identification Number

John F. Hornick
Print Name

Finnegan Henderson
901 New York Ave NW
Address

Washington    DC    20001
City              State          Zip

202-408-4076
Telephone Number

2