**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIAM A. MORGAN, JR., P.C., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN WISWELL, | ) | |
| ANGELA MURPHY, | ) | |
| JOHN DOES(S) 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**
**AND PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65, Plaintiff William A. Morgan, Jr., P.C. ("Morgan") hereby

moves for a temporary restraining order and, thereafter, a preliminary injunction to prevent

defendants Susan Wiswell ("Wiswell"), Angela Murphy ("Murphy"), and John Doe(s) 1-10 (the

"John Doe Defendants") (collectively "Defendants") from accessing or attempting to access

Morgan's computer network, electronic mail ("email") system, correspondence or other business

information; making false statements about Morgan; sending resumes to or arranging interviews

with Morgan under false pretenses; using any of Morgan's confidential information for any

purpose; or engaging in any other unlawful attempts to harass or cause injury to Morgan.

Murphy and Wiswell are former employees of Morgan. Prior to and since Murphy and

Wiswell terminated their employment with Morgan, Defendants have made unauthorized

attempts to gain access, and have gained unauthorized access, to their former email accounts at

Morgan and the email accounts of other Morgan employees. Defendants also tampered with the

email accounts of Morgan's president and vice president by setting up automatic forwarding

rules that caused copies of email correspondence for these accounts to be intercepted and forwarded by blind copy to Defendants' two Yahoo! email accounts.

Even after Morgan took steps to prevent them from gaining access, Defendants have persisted in their relentless attempts to hack into Morgan's email system remotely through the Internet. Through investigation, Morgan has traced some of these unauthorized attempts to Wiswell's personal Yahoo! email account and to computers at Wiswell's current employer.

Most alarming, Morgan recently discovered that the nature and history of these failed attempts to hack into Morgan's emails system—numerous attempts at short intervals spanning the last eight weeks—indicate that Defendants are using a password cracker program to break into Morgan's email system, and that such attempts are being made from a computer at Wiswell's current employer. (Ex. A, Rosenbaum Declaration, ¶¶ 14, 16.) Without immediate injunctive relief, it is only a matter of time before Defendants succeed in breaching the security of Morgan's email system.

Defendants have also deleted emails in Morgan's emails accounts from legitimate job candidates, and have sent fictitious resumes to Morgan and scheduled interviews for which no one would appear. Defendants' acts are clearly part of a concerted effort to interfere with Morgan's ability to hire new employees and to conduct its business in the wake of Wiswell's and Murphy's abrupt departures.

Defendants' conduct violates numerous federal and local laws and gives rise to numerous claims on which Morgan is substantially likely to succeed at trial. Defendants' conduct has caused, and unless enjoined will continue to cause, irreparable harm to Morgan's goodwill and business reputation. The injunction Morgan seeks will not substantially injure Defendants, but will serve the public's interest in discouraging such wrongful behavior, insuring the privacy,

stability, and integrity of Morgan's electronic communications and computer systems, and

preventing the disclosure and use of Morgan's confidential business information and the private

financial information of Morgan's clients.  Accordingly, Morgan requests that its motion be

granted.

The grounds for this Motion are set forth more fully in the Verified Complaint and

Morgan's moving papers submitted with this Motion.  A Proposed Order is also submitted.

Date:  August 2 , 2005                          Respectfully submitted,

John F. Hornick, Esq. (D.C. Bar No. 384701)
Stacy H. King, Esq. (D.C. Bar No. 473007)
Timothy A. Lemper, Esq. (admission pending)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C.  20001-4413
(202) 408-4000

Attorneys for Plaintiff
William A. Morgan, Jr., P.C.

## CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 65.1

In accordance with Local Civil Rule 65.1, the undersigned attorney for Plaintiff states that, for those defendants whose identity is known, counsel for Plaintiff have given actual notice of the time of making Plaintiff's Motion for Temporary Restraining Order, and have served copies of all pleadings and papers to be filed with and/or presented to the Court in support of Plaintiff's Motion for Temporary Restraining Order, by delivering a cover letter and a copy of the pleadings by hand delivery to Susan Wiswell at her residence (4295 Hollow Court, Middletown, MD 21769) and work (Hildebrand, Limparis & Associates, CPAs, P.C., 117 West Patrick Street, 3rd Floor, Frederick, MD 21701); to Angela Murphy at her residence (4028 Manheim Court, Jefferson, MD 21755); by emailing a cover letter and PDF copies of the pleadings to Wiswell's work email address (susan@hlacpa.com) and personal email (suzwizzy@yahoo.com), to Murphy's personal email addresses (AKSMurphy@yahoo.com and AKSMurphy@aol.com), and to the email addresses notmuchman_01@yahoo.com and johnjohnson_1974@yahoo.com; and by calling Murphy at her home telephone number and calling Wiswell at her place of work.

Date: August 2, 2005    _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of (1) PLAINTIFF'S MOTION FOR TEMPORARY

RESTRAINING ORDER AND PRELIMINARY INJUNCTION, (2) MEMORANDUM IN

SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND

PRELIMINARY INJUNCTION, (3) PROPOSED TEMPORARY RESTRAINING ORDER, (4)

PLAINTIFF'S MOTION TO PRESERVE EVIDENCE AND FOR EXPEDITED DISCOVERY,

(5) PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION TO PRESERVE

EVIDENCE AND FOR EXPEDITED DISCOVERY, (6) PROPOSED ORDER TO PRESERVE

EVIDENCE AND GRANTING EXPEDITED DISCOVERY, (7) PROTECTIVE ORDER

BETWEEN PLAINTIFF AND HILDEBRAND, LIMPARIS & ASSOCIATE, CPAs, PC, and

(7) all attachments to such pleadings was served on the following persons this 2nd day of August

2005 by hand delivery, federal express, and e-mail in an envelopes addressed to:

Susan Wiswell
4295 Hollow Court
Middletown, MD 21769
Defendant

Angela Murphy
4028 Manheim Court
Jefferson, MD 21755
Defendant