IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUSAN WISWELL, )<br>ANGELA MURPHY, )<br>JOHN DOES(S) 1-10, )<br>)<br>Defendants. ) | CIVIL ACTION NO. _____ |

## PLAINTIFF'S MOTION TO PRESERVE EVIDENCE AND FOR EXPEDITED DISCOVERY

For the reasons set forth in the accompanying memorandum, Plaintiff William A. Morgan, Jr., PC ("Plaintiff") respectfully moves this Court to enter the accompanying proposed Order to preserve evidence and granting limited expedited discovery to support Plaintiff's concurrently filed motion for a temporary restraining order and to issue a subpoena granting Plaintiff's computer experts the right to inspect and make mirror images of Defendant Wiswell's employer's hard drive and server logs.

Dated: August 2, 2005

Respectfully submitted,

_____
John F. Hornick, Esq. (D.C. Bar No. 384701)
Stacy H. King, Esq. (D.C. Bar No. 473007)
Timothy A. Lemper, Esq. (admission pending)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001-4413
(202) 408-4000
Attorneys for Plaintiff
William A. Morgan, Jr., P.C.