# EXHIBIT 1

Received: from web33005.mail.mud.yahoo.com [68.142.206.69]
          by fs1.wmorgancpa.com; Sat, 25 Jun 2005 12:33:43 -0400
Received: (qmail 81466 invoked by uid 60001); 25 Jun 2005 16:37:04 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
  s=s1024; d=yahoo.com;
  h=Message-ID:Received:Date:From:Subject:To:MIME-Version:Content-Type:Content-Transfer-Encoding;
b=IOwp03cCx0nCEuz+zu0lEqd0XDI5uQUVJ1R1hnKDWEmfwDdOy85/B9iTsf4yH/x4cqm+FxJaF/Mcnw6p
zdyJ84XpFemXTIPwrob1jUfN5PmnX8xUnphtMPYo2CPzgZVUIBK7OPQfi+Pxkco/1sphxqBuD+F+aSSm4
SChIOwZvo8= ;
Message-ID: <20050625163704.81464.qmail@web33005.mail.mud.yahoo.com>
Received: from [67.20.56.211] by web33005.mail.mud.yahoo.com via HTTP; Sat, 25 Jun 2005 09:37:04 PDT
Date: Sat, 25 Jun 2005 09:37:04 -0700 (PDT)
From: Donald Wiswell <suzwizzy@yahoo.com>
Subject: travel allowance payment
To: nlamb@wmorgancpa.com
MIME-Version: 1.0
Content-Type: text/plain; charset=iso-8859-1
Content-Transfer-Encoding: 8bit

Hi, Natasha,

I have been trying to reconcile my receipt of travel allowance, and I am coming up that one - possibly two - is still owed to me.

Could you please send me your reconciliation and any monies due. Maybe I'm just missing something.

Thank you,
Susan Wiswell

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com