# EXHIBIT 2

```
                                    42E0A625
ÿIA ⊔ ⊔  ⊓ P  ⊓0  Ÿ⊓      Fri, 22 Jul 2005 07:53:44 -0400
web34011.mail.mud.yahoo.com                    ⊓ ⊓ ⊓ ⊓  ⊓ ⊓⊓ €        WAM-DOM
WAM-PO Ă       6  `      6   6 0   mwingate@wmorgancpa.com  m w i n g a t e @ w m o r g a n c
p a . c o m         Received: from web34011.mail.mud.yahoo.com [66.163.178.92]
         by fs1.wmorgancpa.com; Fri, 22 Jul 2005 07:53:44 -0400
Received: (qmail 39172 invoked by uid 60001); 22 Jul 2005 11:57:38 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
   s=s1024; d=yahoo.com;
   h=Message-ID:Received:Date:From:Subject:To:MIME-Version:Content-Type:Content-Transfer-Encoding;

b=WOj4pmQ3y+MgUPPyPxl9Ul9XQGuAbous6HKHA3WDKJgswSvRa7NmhfilsAssm7zofv5p3lPoelfKX7TIG/bn1
GMpb3GkpLvishPpB0YdBxgB2f5BDOlaS+FJj/sJL9Kdb1QDaQaZqZFyxowfOhUaGu+H3YJQ9D6X1QDOEGncWf
s= ;
Message-ID: <20050722115738.39170.qmail@web34011.mail.mud.yahoo.com>
Received: from [67.20.56.211] by web34011.mail.mud.yahoo.com via HTTP; Fri, 22 Jul 2005 04:57:38 PDT
Date: Fri, 22 Jul 2005 04:57:38 -0700 (PDT)
From: Tara Benedict <t_i_benedict@yahoo.com>
Subject: interview
To: mwingate@wmorgancpa.com
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="0-320834937-1122033458=:32361"
Content-Transfer-Encoding: 8bit
```