# EXHIBIT 3

```
                                    42DCC043
ÿIA □ □  □ P  e □ Ûe      Tue, 19 Jul 2005 08:56:23 -0400         9 □ b □  □ J □ €          WAM-DOM
web34007.mail.mud.yahoo.com
WAM-PO Ä         3  `       3    3 0    mwingate@wmorgancpa.com m w i n g a t e @ w m o r g a n c
pa.com              Received: from web34007.mail.mud.yahoo.com [66.163.178.88]
            by fs1.wmorgancpa.com; Tue, 19 Jul 2005 08:56:23 -0400
Received: (qmail 51838 invoked by uid 60001); 19 Jul 2005 13:00:14 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
    s=s1024; d=yahoo.com;
    h=Message-ID:Received:Date:From:Subject:To:MIME-Version:Content-Type:Content-Transfer-Encoding;
b=01zyXoNw5li7uxGyQvSJkihN0mxbCSjJHoL3XNfVK/XpLUIRMrqJbAvi4gfPJnc+NnME/Vuu3aH6NDuGxQt/cacb
0bdy7A6hNqhn1/WbU7f83Tf8JbiKtPYIVPZiUsxfbiL5zduCkiXGSoWSv4XxDKdmDeAOFy1YOVaq4vVyPiM=  ;
Message-ID: <20050719130014.51836.qmail@web34007.mail.mud.yahoo.com>
Received: from [209.166.2.130] by web34007.mail.mud.yahoo.com via HTTP; Tue, 19 Jul 2005 06:00:14 PDT
Date: Tue, 19 Jul 2005 06:00:14 -0700 (PDT)
From: Tara Benedict <t_i_benedict@yahoo.com>
Subject: CPA position
To: mwingate@wmorgancpa.com
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="0-2070248545-1121778014=:51765"
Content-Transfer-Encoding: 8bit
```