# EXHIBIT 4

Received: from web33009.mail.mud.yahoo.com [68.142.206.73]
        by fs1.wmorgancpa.com; Mon, 27 Jun 2005 12:03:06 -0400
Received: (qmail 89879 invoked by uid 60001); 27 Jun 2005 16:06:29 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
  s=s1024; d=yahoo.com;
  h=Message-ID:Received:Date:From:Subject:To:In-Reply-To:MIME-Version:Content-Type:Content-
Transfer-Encoding;

b=pUXTn6ckRkqOYqxLOlaKD9JKKyPeCbatj7BPQXtUKqVdlBqmHXPccMhdpJbLMXcNIqWX0lFNbPPds
4RLBuZ5Cd9kjLxpSnGjd5F0Zh8CwcLQQlwByzL8yMly4a8ZA7L2XiAoTCOjnOTm9thSeVvzRo+zaldibkrz
HIhSGdY5N2g=  ;
Message-ID: <20050627160629.89877.qmail@web33009.mail.mud.yahoo.com>
Received: from [209.166.2.130] by web33009.mail.mud.yahoo.com via HTTP; Mon, 27 Jun 2005 09:06:29
PDT
Date: Mon, 27 Jun 2005 09:06:29 -0700 (PDT)
From: Donald Wiswell <suzwizzy@yahoo.com>
Subject: Re: travel allowance payment
To: Natalia Lamb <NLamb@wmorgancpa.com>
In-Reply-To: <s2bfe2b6.030@fs1.wmorgancpa.com>
MIME-Version: 1.0
Content-Type: text/plain; charset=iso-8859-1
Content-Transfer-Encoding: 8bit

Thanks Natasha!

I figured I was just missing something.  I look
forward to receiving your reconciliation so I can see
where I went wrong.  Address is still 4295 Hollow
Court, Middletown, MD 21769.

Thanks again,
Susan


--- Natalia Lamb <NLamb@wmorgancpa.com> wrote:

> Hi, Susan,
>
> I reviewed our payroll records and believe that you
> have been paid for
> all the transportation allowances that you were
> entitled to, in
> accordance with our employee manual.
>
> Regards,
>
>
> Natalia Y. Lamb
> NLamb@wmorgancpa.com
> William A. Morgan, Jr., P.C.
> 4910 Massachusetts Avenue, N.W.
> Suite 110
> Washington, DC 20016
> Tel  (202) 362 3200
> Fax  (202) 362 9270
>