# EXHIBIT 5

Case 1:05-cv-01561-JR    Document 4-7    Filed 08/03/2005    Page 1 of 3

## whois

Whois: 209.166.2.130
@whois. Magic    [Whois]

Server Used: [ whois.arin.net ]

**209.166.2.130** = [ **209-166-2-130.client.dsl.net** ]

```
OrgName:    DSL.net Inc.
OrgID:      FTCI
Address:    545 Long Wharf Dr. 5th floow
City:       New Haven
StateProv:  CT
PostalCode: 06511
Country:    US
NetRange:   209.166.0.0 - 209.166.63.255
CIDR:       209.166.0.0/18
NetName:    DSL-NET-2
NetHandle:  NET-209-166-0-0-1
Parent:     NET-209-0-0-0-0
NetType:    Direct Allocation
NameServer: NS1.DSL.NET
NameServer: NS2.DSL.NET
Comment:
RegDate:
Updated:    2003-04-15
AbuseHandle: ABUSE177-ARIN
AbuseName:  Abuse
AbusePhone: 1-203-772-1000
AbuseEmail: abuse@dsl.net

NOCHandle:  NOC291-ARIN
NOCName:    Network Operations Center
NOCPhone:   1-203-772-1000
NOCEmail:   noc@dsl.net

TechHandle: IPADM54-ARIN
TechName:   IP Administration
TechPhone:  1-203-772-1000
TechEmail:  ipadmin@dsl.net

OrgAbuseHandle: ABUSE177-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  1-203-772-1000
OrgAbuseEmail:  abuse@dsl.net

OrgNOCHandle: NOC291-ARIN
OrgNOCName:   Network Operations Center
OrgNOCPhone:  1-203-772-1000
OrgNOCEmail:  noc@dsl.net

OrgTechHandle: IPADM54-ARIN
OrgTechName:   IP Administration
OrgTechPhone:  1-203-772-1000
OrgTechEmail:  ipadmin@dsl.net

CustName:  HILDLEBRAND  LIMPARIS & HERVEY
Address:   117 W. PATRICK ST - 3rd floor
```

```
City:      FREDERICK
StateProv: MD
PostalCode: 21701
Country:   US
RegDate:   2001-09-22
Updated:   2001-09-22
NetRange:  209.166.2.128 - 209.166.2.159
CIDR:      209.166.2.128/27
NetName:   DSLNET-20010921-00016
NetHandle: NET-209-166-2-128-1
Parent:    NET-209-166-0-0-1
NetType:   Reassigned
Comment:
RegDate:   2001-09-22
Updated:   2001-09-22
AbuseHandle: ABUSE177-ARIN
AbuseName:   Abuse
AbusePhone:  1-203-772-1000
AbuseEmail:  abuse@dsl.net

NOCHandle: NOC291-ARIN
NOCName:   Network Operations Center
NOCPhone:  1-203-772-1000
NOCEmail:  noc@dsl.net

TechHandle: IPADM54-ARIN
TechName:   IP Administration
TechPhone:  1-203-772-1000
TechEmail:  ipadmin@dsl.net

OrgAbuseHandle: ABUSE177-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  1-203-772-1000
OrgAbuseEmail:  abuse@dsl.net

OrgNOCHandle: NOC291-ARIN
OrgNOCName:   Network Operations Center
OrgNOCPhone:  1-203-772-1000
OrgNOCEmail:  noc@dsl.net

OrgTechHandle: IPADM54-ARIN
OrgTechName:   IP Administration
OrgTechPhone:  1-203-772-1000
OrgTechEmail:  ipadmin@dsl.net

ARIN WHOIS database  last updated 2005-07-31 19: 10
Enter ? for additional hints on searching ARIN's WHOIS database.
```