# EXHIBIT 6





### susan wiswell, CPA

Joining HLA in 2005, Susan Wiswell began her accounting career in 1987 in c<!--cut-->
small business accounting. In 1997, she joined a CPA firm in Bethesda as a s<!--cut-->
business specialist and Quickbooks Advisor. For the four years prior to joining
was a senior tax accountant with a DC firm. She was responsible for the prep<!--cut-->
individual, corporate, partnership, estate, trust and not-for-profit returns. Susa<!--cut-->
trained and reviewed the work of junior staff.

A native of Western Maryland, Susan graduated with a BS in business adminis<!--cut-->
Frostburg State College. Susan is delighted to be providing services in the co<!--cut-->
which she resides.



Susan<!--cut-->

© 2000-2005 Hildebrand, Limpari<!--cut-->