# EXHIBIT 7

*Today*    *Apache logs*

0729WAS

9:50:56, <GWAP>, -, INFO, bmorgan.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
9:51:05, <GWAP>, -, WARN, bmorgan.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user bmorgan failed 5 times. User IP Address is 209.166.2.130.
9:51:19, <GWAP>, -, INFO, mwingate.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
9:51:25, <GWAP>, -, WARN, mwingate.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user mwingate failed 5 times. User IP Address is 209.166.2.130.
10:35:36, <GWAP>, -, INFO, nlamb.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
10:35:44, <GWAP>, -, INFO, alexr, Login failed (192.168.111.2:7205): No such user
11:05:26, <GWAP>, -, INFO, bmorgan.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
11:05:30, <GWAP>, -, INFO, bmorgan.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
11:05:36, <GWAP>, -, INFO, bmorgan.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
11:05:42, <GWAP>, -, INFO, bmorgan.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
11:05:50, <GWAP>, -, INFO, bmorgan.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
11:05:55, <GWAP>, -, WARN, bmorgan.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user bmorgan failed 5 times. User IP Address is 209.166.2.130.
11:06:08, <GWAP>, -, INFO, mwingate.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
11:06:14, <GWAP>, -, INFO, mwingate.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
11:06:19, <GWAP>, -, INFO, mwingate.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
11:06:27, <GWAP>, -, INFO, mwingate.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
11:06:34, <GWAP>, -, INFO, mwingate.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
11:06:43, <GWAP>, -, WARN, mwingate.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user mwingate failed 5 times. User IP Address is 209.166.2.130.
13:17:24, <GWAP>, -, INFO, bmorgan.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
13:17:31, <GWAP>, -, WARN, bmorgan.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user bmorgan failed 5 times. User IP Address is 209.166.2.130.
13:17:55, <GWAP>, -, INFO, mwingate.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
13:18:09, <GWAP>, -, WARN, mwingate.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user mwingate failed 5 times. User IP Address is 209.166.2.130.
15:02:37, <GWAP>, -, INFO, nlamb.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
15:13:17, <GWAP>, -, INFO, nlamb.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
15:13:20, <GWAP>, -, INFO, nlamb.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
15:13:23, <GWAP>, -, INFO, nlamb.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
15:13:33, <GWAP>, -, INFO, sreed.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
15:13:37, <GWAP>, -, INFO, sreed.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
15:13:40, <GWAP>, -, INFO, sreed.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
15:13:42, <GWAP>, -, INFO, sreed.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
15:13:44, <GWAP>, -, INFO, sreed.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
15:13:44, <GWAP>, -, INFO, sreed.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): User did not provide password
15:13:46, <GWAP>, -, WARN, sreed.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user sreed failed 5 times. User IP Address is 192.168.111.7.
15:13:50, <GWAP>, -, WARN, sreed.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user

7-24-05

0724WAS

18:31:12, <GWAP>, -, INFO, bmorgan.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
18:31:20, <GWAP>, -, WARN, bmorgan.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user bmorgan failed 5 times. User IP Address is 67.20.56.211.
18:31:37, <GWAP>, -, INFO, mwingate.WAM-PO.WAM-DOM, Login failed (192.168.111.2:7205): Incorrect password
18:31:45, <GWAP>, -, WARN, mwingate.WAM-PO.WAM-DOM, Intruder alert (192.168.111.2:7205): Login for user mwingate failed 5 times. User IP Address is 67.20.56.211.