IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUSAN WISWELL, ) <br> ANGELA MURPHY, ) <br> JOHN DOES(S) 1-10, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. _____ |

## [PROPOSED] ORDER TO PRESERVE EVIDENCE AND GRANTING EXPEDITED DISCOVERY

Plaintiff William A. Morgan, Jr., PC ("Plaintiff"), having moved for an order to preserve evidence and for expedited discovery to support its concurrently filed motion for a temporary restraining order;

Now, therefore, Plaintiff's motion to preserve evidence and for expedited discovery is granted. Plaintiff is ordered to serve Defendants Susan Wiswell and Angela Murphy ("Defendants") by hand today Plaintiff's Motion to Preserve Evidence and for Expedited Discovery and the supporting memorandum and "Discovery Requests" set forth in such memorandum, and this Order.

Defendants are hereby ORDERED to:

1. Preserve all hard drives and all other electronic memory devices in Defendants' possession, custody, or control, and all electronic information currently stored on such devices;

2. Provide and permit inspection of all hard drives and all other electronic memory devices in Defendants' possession, custody, or control to Plaintiff's expert for imaging, no later than twenty-four (24) hours from entry of this Order;

3. Provide Plaintiff's counsel, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, copies of all documents and things identified by Discovery Requests Nos. 9 - 23 set forth in Plaintiff's Motion to Preserve Evidence and for Expedited Discovery no later than three (3) days from entry of this Order;

4. Defendant Wiswell shall appear for a deposition no later than August 12, 2005, at a time and place to be specified by Plaintiff;

5. Defendant Murphy shall appear for a deposition no later than August 12, 2005, at a time and place to be specified by Plaintiff.

SO ORDERED.

Date: _____    _____
U.S. District Court Judge