UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1561 (JR) |
| SUSAN WISWELL, *et al.*, | : |
| Defendants. | : |

**TEMPORARY RESTRAINING ORDER AND ORDER FOR
PRESERVATION OF EVIDENCE**

Upon consideration of the verified complaint and motion for temporary restraining order filed by plaintiff William A. Morgan, Jr., P.C. ("Morgan") against defendants Susan Wiswell ("Wiswell") and Angela Murphy ("Murphy") (collectively "defendants"), and after a hearing conducted in open court, the Court finds that Morgan has shown an immediate threat of irreparable injury justifying an injunction restraining defendants from accessing or attempting to access Morgan's computer network, electronic mail ("email") system, correspondence or other business information.

It is therefore ORDERED that defendants are temporarily enjoined from:

(a) intercepting or otherwise accessing communications or correspondence to or from Morgan and/or its employees;

      (b)    accessing or attempting to access Morgan's computer network, email system, correspondence, or other business or client information; and

      (c)    trespassing on Morgan's personal property.

It is further ORDERED that the defendants preserve all hard drives and all other electronic memory devices in their possession, custody, or control, and all electronic information currently stored on such devices.

It is further ORDERED that a status conference is set for **August 17, 2005 at 4:30 p.m.**

It is further ORDERED that Morgan provide a bond, see LCvR 65.1.1, in the principal amount of $25,000, as security for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained.

This temporary restraining order shall be effective as of the date and time generated by its electronic filing and shall continue in full force and effect until 6:30 p.m. EST August 17, 2005, unless it has been previously extended by order of this Court, see FRCivP 65(b).

                                          JAMES ROBERTSON
                                United States District Judge