UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM A. MORGAN, JR., P.C., :
:
      Plaintiff, :
:
v. : Civil Action No. 05-1561 (JR)
:
SUSAN WISWELL, *et al.*, :
:
      Defendants. :

## [PROPOSED] PRELIMINARY INJUNCTION AND SCHEDULING ORDER

Upon consideration of the Verified Complaint and motion for preliminary injunction filed by Plaintiff William A. Morgan, Jr., P.C. ("Morgan") against Defendants Susan Wiswell ("Wiswell") and Angela Murphy ("Murphy") (collectively "Defendants"), and after a hearing conducted in open court, the Court finds that Morgan has shown an immediate threat of irreparable injury justifying a preliminary injunction restraining Defendants from accessing or attempting to access, or using or disclosing any contents of, Morgan's computer network, electronic mail ("email") system, accounts, correspondence or other business information, and Defendants have consented to the extension to trial of the temporary restraining order issued by this Court on August __, 2005, as set forth below.

It is therefore ORDERED that Defendants are preliminarily enjoined from:

(a)     intercepting or otherwise accessing communications or correspondence to or from Morgan and/or its employees;

(b)     accessing or attempting to access Morgan's computer network, email system, correspondence, or other business or client information;

  (c)  trespassing on Morgan's personal property;

  (d)  using or disclosing any of Morgan's confidential or client information (including, without limitation, email passwords, computer network passwords, or other passwords) for any purpose; and

  (e)  interfering with Morgan's accounts with, or use of, any vendors of goods or services (including, without limitation, Morgan's use of any password-protected systems), such as monster.com.

It is further ORDERED that the Defendants preserve all hard drives and all other electronic memory devices in their possession, custody, or control, and all electronic information currently stored on such devices.

It is further ORDERED that a status conference is set for **October 11, 2005 at 4:30 p.m.**

It is further ORDERED that the bond in the amount of $25,000 posted by Morgan pursuant to this Court's August 3, 2005 Order shall be released.  The parties agree that Morgan shall not be required to post a bond as security for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained.

This preliminary injunction shall be effective as of August 17, 2005 and shall continue in full force and effect until trial and final judgment, unless modified by order of this Court.

It is further ordered that Plaintiff's discovery requests set forth in its motion for expedited discovery are deemed served on August 11, 2005, that Defendants' responses to such discovery requests are due September 12, 2005, and that responses

to any other discovery requests served by the parties shall be due thirty (30) days after service, subject to the Federal Rules of Civil Procedure.  The parties are further ordered to work out the terms of a protective order.  Until such time as the parties have agreed on the terms of a protective order, counsel shall maintain on an attorneys' eyes only basis any documents or other information designated by any other party as confidential.

JAMES ROBERTSON
United States District Judge