IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 05-cv-1561 |
| ) | |
| SUSAN WISWELL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF APPEARANCE

Pursuant to LCvR 83.6, Roger C. Simmons, Esq. (D.C. Bar No. 12915) and Victor E. Cretella III., Esq. (D.C. Bar No. MD13459), Gordon & Simmons, LLC, 603-B West Patrick Street, P.O. Box 430, Frederick Maryland, 21705-0430, (301) 662-9122, D.C. Bar No. MD13459, give notice that they are entering their appearance for defendant Susan Wiswell.

                                                      /s/
                                      Roger C. Simmons, Esq.
                                      D.C. Bar No. 12915
                                      Victor E. Cretella, III. Esq.
                                      D.C. Bar No. MD13459
                                      Gordon & Simmons, LLC
                                      603-B W. Patrick Street
                                      Frederick, MD 21705
                                      Phone: (301) 662-9122
                                      Fax: (301) 698-0392
                                      Attorney for Defendants

### CERTIFICATE OF SERVICE

I HEREBY certify that on August 23, 2005, a copy of the foregoing was sent to the following via first class mail, prepaid postage: Janice Rockwell, Esq.: 121-A North Court Street, Frederick, MD 21701,

AND that the following person was served by the CM/ECF software:
John Hornick, Esq.: Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.: 901 New York Ave., N.W., Washington D.C. 20001-4413.

                                                      /s/
                                      Victor E. Cretella, III. Esq.