IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM A. MORGAN, JR., P.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 05-cv-1561 |
| | ) | |
| SUSAN WISWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**RESPONSE TO PLAINTIFF'S PROPOSED**
**PRELIMINARY INJUNCTION ORDER**

Defendant Susan Wiswell hereby responds to the proposed order that has been provided to the Court by plaintiff's counsel, as follows:

1.  The plaintiff has included in the premise behind the preliminary injunction order the suggestion that there was a hearing and a finding that there was shown an immediate threat of irreparable injury, whereas in fact the parties simply stipulated to the entry of a preliminary injunction. It would be inappropriate and improper to include such language, and defendant Wiswell objects.

2.  In ¶ (d), plaintiff Morgan has included language far broader than that stipulated to by Wiswell's counsel in banning the use or disclosure of any of Morgan's "client information," or "confidential information," without more specifically defining what falls within those definitions. Arguably client information includes names, phone numbers and addresses and, of course, such information would not be either confidential or in any way protectable, because client information would be information that could arguably be information that would be contained in the phone book. Moreover, there was never any agreement on the part of defendant Wiswell to maintain client

information as "confidential" once leaving the Morgan entity. Simply stated, this clause is too broad. Furthermore, none of the allegations made in the complaint support or intimate that plaintiff has attempted to use or disclose Morgan's "confidential" information and this language is too broad. The only protectable information would be trade secret data, but defendant Wiswell is not in possession of such information.

          Respectfully submitted,

_____/s/_____
Roger C. Simmons
Gordon & Simmons, LLC
603-B West Patrick Street
P.O. Box 430
Frederick, Maryland 21705-0430
(301) 662-9122
Counsel for Plaintiff Susan Wiswell

August 25, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Plaintiff's Proposed Preliminary Injunction Order was sent by first class mail and telecopy (202-408-4400), on this 25th day of August, 2005, to John F. Hornick, Esq., Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 901 New York Avenue, N.W., Washington, D.C. 20001-4413, and Janice Rockwell, Esq., Janice B. Rockwell, LLC, 121-A N. Court St., Frederick, MD 21701.

_____/s/_____
Roger C. Simmons

Z:\wiswell\responsepiorder.pld.wpd