WILLIAM A. MORGAN, JR., P.C.  )
                              )
Plaintiff,  )
                              )
v.    ) Case No.: 05-cv-1561
                              )
SUSAN WISWELL, et al.,   )
                              )
Defendants.  )
                              )

**COUNTERCLAIM PLAINTIFF=S CONSENT TO SUIT**

Pursuant to 29 U.S.C. '216(b) and D.C. Code Ann. '32-1012(b) (2001), Counterclaim Plaintiff, Susan Wiswell, by her signature below, hereby gives her consent in writing to become a party in an action brought under 29 U.S.C. '216(b) and D.C. Code Ann. '32-1012(b)(2001).

_Sept 8, 2005_                              _/s/ Susan Wiswell_
Date        Susan Wiswell, Counterclaim Plaintiff

Z:\wiswell\consenttosuit.pld.wpd