Exhibit A

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 05-CV-1561 JR |
| ) | |
| SUSAN WISWELL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### COUNTERCLAIM PLAINTIFF'S CONSENT TO SUIT

Pursuant to 29 U.S.C. §216(b) and D.C. Code Ann. §32-1012(b) (2001), Counterclaim Plaintiff, Angela Murphy, by her signature below, hereby gives her consent in writing to become a party in an action brought under 29 U.S.C. §216(b) and D.C. Code Ann. §32-1012(b) (2001).

September 2, 2005                             /s/_____
                                              Angela Murphy, Counterclaim Plaintiff

T:\Documents\word perfect\Server\WPDOCS\CLIENTS\MURPHY\Consent to Suit 9-2-05.wpd