**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIAM A. MORGAN, JR., P.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05cv-1561 |
| | ) | |
| SUSAN WISWELL, | ) | |
| ANGELA MURPHY, | ) | |
| JOHN DOE(S) 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| ————————————————————— | ) | |

## <u>NOTICE OF APPEARANCE</u>

To the Clerk of this court and all parties of record:

Please enter the appearance of

     Manesh K. Rath
     D.C. Bar No. 457835
     George Brent Mickum, IV
     D.C. Bar No. 396142
     Keller and Heckman LLP
     1001 G Street, N.W., Suite 500 West
     Washington, D.C. 20001
     Tel: (202) 434-4182
     Fax: (202) 434-4646

As co-counsel in this case for: Plaintiff William A. Morgan, Jr., P.C.

                 Respectfully submitted,

September 20, 2005            __/s/_____
                 Manesh K. Rath
                 D.C. Bar No. 457835
                 George Brent Mickum, IV
                 D.C. Bar No. 396142
                 Keller and Heckman LLP
                 1001 G Street, N.W., Suite 500 West
                 Washington, D.C. 20001
                 Tel: (202) 434-4182
                 Attorneys for Plaintiff