IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05cv-1561 |
| ) | |
| SUSAN WISWELL, ) | |
| ANGELA MURPHY, ) | |
| JOHN DOE(S) 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## PLAINTIFF WILLIAM A. MORGAN, JR., P.C.'S
## MOTION TO DISMISS

Plaintiff William A. Morgan, Jr., P.C., by and through undersigned counsel, hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Counterclaimant Susan Wiswell's ("Counterclaimant") Counterclaim for failure to state claims upon which relief can be granted. Specifically, the Counterclaimant has not alleged sufficient facts, which, taken as true, would entitle Counterclaimant to relief as a matter of law. The grounds for said motion are contained in the memorandum of points and authorities that accompanies this motion and which is incorporated herein.

.

WHEREFORE, Plaintiff moves this Court to dismiss Counts I through V of the Counterclaim with prejudice for failure to state any claim upon which relief may be granted.

Respectfully submitted,


___/s/_____
Manesh K. Rath

2

D.C. Bar No. 457835  
George Brent Mickum, IV  
D.C. Bar No. 396142  
Keller and Heckman LLP  
1001 G Street, N.W., Suite 500 West  
Washington, D.C. 20001  
Tel: (202) 434-4182  
Fax: (202) 434-4646  
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 21, 2005, a copy of the foregoing was served by CM/ECF software to:

Roger C. Simmons, Esq.
Victor E. Cretella, III, Esq.
Gordon and Simmons, LLC
603-B West Patrick Street
Frederick, MD 21705-0430

Counsel for Defendant
Susan Wiswell

Janice Rockwell, Esq.
121-A North Court Street
Frederick, MD 21701-5415

Counsel for Defendant
Angela Murphy

John F. Hornick, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Counsel for Plaintiff
William A. Morgan, Jr., P.C.

_____/s/_____
Manesh K. Rath, Esq.