IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUSAN WISWELL, ) <br> ANGELA MURPHY, ) <br> JOHN DOE(S) 1-10, ) <br> ) <br> Defendants. ) <br>_____) | Case No.: 1:05cv-1561 |

## **(PROPOSED) ORDER**

Upon consideration of William A. Morgan, Jr., P.C.'s Motion to Dismiss and any opposition and replies thereto, it is hereby

**ORDERED** that said Motion to Dismiss Defendant Susan Wiswell's Counterclaim pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED**.  Accordingly, it is further

**ORDERED** that Count I of Defendant Susan Wiswell's Counterclaim for Defamation is hereby dismissed with prejudice; and further

**ORDERED** that Count II of Defendant Susan Wiswell's Counterclaim for the Intentional Infliction of Emotional Distress is hereby dismissed with prejudice; and further

**ORDERED** that Count III of Defendant Susan Wiswell's Counterclaim for relief under the Equal Pay Act, 29 U.S.C. § 206(d) is hereby dismissed with prejudice; and further

**ORDERED** that Count IV of Defendant Susan Wiswell's Counterclaim for relief under the federal Fair Labor Standards Act is hereby dismissed with prejudice; and further

**ORDERED** that Count V of Defendant Susan Wiswell's Counterclaim for relief under D.C. Code Ann. § 32-1308 and § 32-1012 is hereby dismissed with prejudice.

It is further **ORDERED** that Defendant Susan Wiswell pay all costs and attorneys fees associated with Plaintiff William Morgan, Jr., P.C.'s Motion to Dismiss.

**SO ORDERED.**

_____                                         _____
Date                                                                                    Judge Robertson


The Clerk is directed to mail a copy of this ORDER to the parties listed below:

    Roger C. Simmons, Esq.
    Victor E. Cretella, III, Esq.
    Gordon and Simmons, LLC
    603-B West Patrick Street
    Frederick, MD 21705-0430

    Counsel for Defendant
    Susan Wiswell

    Janice Rockwell, Esq.
    121-A North Court Street
    Frederick, MD 21701-5415

    Counsel for Defendant
    Angela Murphy

    John F. Hornick, Esq.
    Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
    901 New York Avenue, N.W.
    Washington, D.C. 20001-4413

    Counsel for Plaintiff
    William A. Morgan, Jr., P.C.