# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05cv-1561 |
| ) | |
| SUSAN WISWELL, ) | |
| ANGELA MURPHY, ) | |
| JOHN DOE(S) 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## PLAINTIFF WILLIAM A. MORGAN, JR., P.C.'S MOTION TO DISMISS COUNTERCLAIM OF DEFENDANT ANGELA MURPHY

Plaintiff William A. Morgan, Jr., P.C., by and through undersigned counsel, hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Counterclaimant Angela Murphy's ("Counterclaimant") Counterclaim for failure to state claims upon which relief can be granted. Specifically, the Counterclaimant has not alleged sufficient facts, which, taken as true, would entitle Counterclaimant to relief as a matter of law. The grounds for said motion are contained in the memorandum of points and authorities that accompanies this motion and which is incorporated herein.

WHEREFORE, Plaintiff moves this Court to dismiss Counts I through IV of the Counterclaim with prejudice for failure to state any claim upon which relief may be granted.

Respectfully submitted,

\_\_\_\_/s/_____
Manesh K. Rath
D.C. Bar No. 457835

                                                George Brent Mickum, IV
D.C. Bar No. 396142
Keller and Heckman LLP
1001 G Street, N.W., Suite 500 West
Washington, D.C. 20001
Tel: (202) 434-4182
Fax: (202) 434-4646
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 26, 2005, a copy of the foregoing was served by CM/ECF software to:

Janice Rockwell, Esq.
121-A North Court Street
Frederick, MD 21701-5415

Counsel for Defendant
Angela Murphy

Roger C. Simmons, Esq.
Victor E. Cretella, III, Esq.
Gordon and Simmons, LLC
603-B West Patrick Street
Frederick, MD 21705-0430

Counsel for Defendant
Susan Wiswell

John F. Hornick, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Counsel for Plaintiff
William A. Morgan, Jr., P.C.

_____/s/_____
Manesh K. Rath, Esq.