IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05cv-1561 |
| ) | |
| SUSAN WISWELL, ) | |
| ANGELA MURPHY, ) | |
| JOHN DOE(S) 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## (PROPOSED) ORDER

Upon consideration of William A. Morgan, Jr., P.C.'s Motion to Dismiss and any opposition and replies thereto, it is hereby

**ORDERED** that said Motion to Dismiss Defendant Angela Murphy's Counterclaim pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED**. Accordingly, it is further

**ORDERED** that Count I of Defendant Angela Murphy's Counterclaim for Defamation is hereby dismissed with prejudice; and further

**ORDERED** that Count II of Defendant Angela Murphy's Counterclaim for the Intentional Infliction of Emotional Distress is hereby dismissed with prejudice; and further

**ORDERED** that Count III of Defendant Angela Murphy's Counterclaim for relief under the federal Fair Labor Standards Act is hereby dismissed with prejudice; and further

**ORDERED** that Count IV of Defendant Angela Murphy's Counterclaim for relief under D.C. Code Ann. § 32-1308 and § 32-1012 is hereby dismissed with prejudice.

2

  It is further **ORDERED** that Defendant Angela Murphy pay all costs and attorneys fees associated with Plaintiff William Morgan, Jr., P.C.'s Motion to Dismiss.

**SO ORDERED.**

_____      _____
Date                 Judge Robertson

The Clerk is directed to mail a copy of this ORDER to the parties listed below:

  Janice Rockwell, Esq.
  121-A North Court Street
  Frederick, MD 21701-5415

  Counsel for Defendant
  Angela Murphy

  Roger C. Simmons, Esq.
  Victor E. Cretella, III, Esq.
  Gordon and Simmons, LLC
  603-B West Patrick Street
  Frederick, MD 21705-0430

  Counsel for Defendant
  Susan Wiswell

  John F. Hornick, Esq.
  Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
  901 New York Avenue, N.W.
  Washington, D.C. 20001-4413

  Counsel for Plaintiff
  William A. Morgan, Jr., P.C.