**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 05-CV-1561 JR |
| | ) |
| SUSAN WISWELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**REVISED PRELIMINARY INJUNCTION AND SCHEDULING ORDER**

Upon consideration of the Verified Complaint and motion for preliminary injunction filed by Plaintiff William A. Morgan, Jr., P.C. ("Morgan") against Defendants Susan Wiswell ("Wiswell") and Angela Murphy ("Murphy") (collectively "Defendants"), and upon consideration of Defendant Murphy's Motion to Revise Preliminary Injunction and Scheduling Order, and Defendants having consented to the extension to trial of the temporary restraining order issued by this Court on August 3, 2005, as revised and set forth below,

It is therefore ORDERED that Defendants are preliminarily enjoined from:

(a) Intercepting or otherwise accessing communications or correspondence to or from Morgan an/or its employees;

(b) accessing or attempting to access Morgan's computer network, email system correspondence, or other business or client information;

(c) trespassing on Morgan's personal property;

(d) using or disclosing any of Morgan's confidential business information (including, without limitation, email passwords, computer network

    passwords, or other passwords) for any purpose; and

(f) interfering with Morgan's accounts with, or use of, any vendors of goods or services (including, without limitation, Morgan's use of any password-protected systems), such as monster.com.

It is further ORDERED that the Defendants preserve all hard drives and all other electronic memory devices in their possession, custody, or control, and all electronic information currently stored on such devices.

It is further ORDERED that a status conference is set for **October 11, 2005 at 4:30 p.m.**

It is further ORDERED that the bond in the amount of $25,000.00 posted by Morgan pursuant to this Court's August 3, 2005 Order shall be released. The parties agree that Morgan shall not be required to post a bond as security for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained.

This preliminary injunction shall be effective as of August 17, 2005 and shall continue in full force and effect until trial and final judgment, unless modified by order of this Court.

It is further ORDERED that Plaintiff's discovery requests set forth in its motion for expedited discovery are deemed served on August 11, 2005, that Defendants' responses to such discovery requests are due September 12, 2005, and that responses to any other discovery requests served by the parties shall be due thirty (30) days after service, subject to the Federal Rules of Civil Procedure. The parties are further ordered to work out the terms of a protective order. Until such time as the parties have agreed on the terms of a protective order, counsel shall maintain on an

attorneys' eyes only basis any documents or other information designated by any other party as confidential.

                                                                                                                                                                         _____

                                              JAMES ROBERTSON
                                              United States District Court Judge

T:\Documents\word perfect\Server\WPDOCS\CLIENTS\MURPHY\DC District Court\Revised Preliminary Injunction and Scheduling Order 9-27-05.wpd