IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 05-cv-1561 |
| ) | |
| SUSAN WISWELL, et al., ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME FOR COUNTERCLAIMANT
TO RESPOND TO THE MOTION TO DISMISS HER COUNTERCLAIMS**

Counterclaim Plaintiff, Susan Wiswell ("Counterclaimant"), by her undersigned counsel, hereby moves this Court for an Order extending the time for the Counterclaimant to file and serve her response to the Motion to Dismiss, filed by Counterclaim defendant William A. Morgan, Jr., P.C. ("Morgan") until Monday, October 10, 2005.

1. Counsel for Morgan has consented to the specific extension sought.

2. Rule 6(b) of the Federal Rules of Civil Procedure provides that when "an act is required or allowed to be done at or within a specified time," the court may "order the period enlarged if request therefor is made before the expiration of the period originally prescribed."

3. Counterclaimant's response to the Motion to Dismiss is currently due on October 6, 2005. This is the first extension sought in connection with the foregoing motion. The brief extension sought should not impede or otherwise impact on the progress of this case.

WHEREFORE, for the reasons set forth above, Counterclaimant respectfully requests that the Court enter an order extending the time for the Counterclaimant to file and serve her response to the Motion to Dismiss, filed by Counterclaim defendant William A. Morgan, Jr., P.C. until Monday, October 10, 2005.

Respectfully submitted,

/s/ Roger C. Simmons
Roger C. Simmons (D.C. Bar No. 12195)
Victor E. Cretella, III, (D.C. Bar No. MD 13459)
Gordon & Simmons, LLC
603-B West Patrick Street
Frederick, Maryland 21701
(301) 662-9122

Counsel for Defendant & Counter Plaintiff
Susan Wiswell

August 5, 2005

Z:\wiswell\ConsentMotExtend100505.pld.wpd

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 5, 2005, the requirement of a certificate of service was satisfied by the automatic notice of filing sent by the CM/ECF software to the opposing counsel of record identified below.

Manesh K. Rath
George Brent Mickum, IV
Keller and Heckman LLP
1001 G Street, N.W., Suite 500 West
Washington, D.C. 20001

John F. Hornick, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Janice Rockwell, Esq.
121-A North Court Street
Frederick, MD 21701-5415

                                              /s/ Victor E. Cretella, III
                                              Victor E. Cretella, III

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WILLIAM A. MORGAN, JR., P.C.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 05-cv-1561 |
| ) | |
| **SUSAN WISWELL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Upon consideration of the Consent Motion for Extension of Time for Counterclaimant To Respond to the Motion to Dismiss Her Counterclaims, it is this _____ day of October, 2005, hereby

ORDERED that the motion be granted; and it is further

ORDERED that the Counterclaimant's time to file and serve her response to the Motion to Dismiss, filed by Counterclaim defendant William A. Morgan, Jr., P.C., is extended until Monday, October 10, 2005.

_____

United States District Judge