**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 05-cv-1561 JR |
| ) | |
| SUSAN WISWELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER DENYING MOTION TO DISMISS MURPHY'S COUNTERCLAIM**

Upon consideration of Plaintiff/Counterclaim Defendant William A. Morgan, Jr. P.C.'s Motion to Dismiss Counterclaim of Defendant/Counterclaim Plaintiff Angela Murphy and any opposition and replies thereto, it is hereby

**ORDERED** that said Motion to Dismiss Counterclaim of Defendant/Counterclaim Plaintiff Angela Murphy is **DENIED**.

It is further **ORDERED** that Plaintiff/Counterclaim Defendant William A. Morgan, Jr., P.C. pay all costs and attorney's fees associated with Defendant/Counterclaim Plaintiff Angela Murphy's Opposition to Motion to Dismiss.

**SO ORDERED.**

_____
JAMES ROBERTSON
United States District Court Judge

cc:    John F. Hornick, Esquire
Timothy A. Lemper, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington D.C. 20001-4413

Attorneys for Plaintiff/Counterclaim Defendant,
William A. Morgan, Jr., P.C.

Manesh K. Rath, Esquire
G. Brent Mickum, IV, Esquire
Keller and Heckman, LLP
1001 G Street, N.W., Suite 500 West
Washington, D.C. 20001

Attorneys for Plaintiff/Counterclaim Defendant,
William A. Morgan, Jr., P.C

Roger C. Simmons, Esquire
Victor E. Cretella, III, Esquire
603B West Patrick Street
Frederick, MD 21705

Attorneys for Defendant/Counterclaim Plaintiff,
Susan Wiswell

Janice B. Rockwell, Esquire
121-A North Court Street
Frederick, MD 21701-5415

Attorney for Defendant/Counterclaim Plaintiff,
Angela Murphy

C:\Documents\word perfect\Server\WPDOCS\CLIENTS\MURPHY\DC District Court\Order Denying Plaintiff Morgan's Motion to Dismiss Counterclaim 10-10-05.wpd