IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUSAN WISWELL, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 1:05CV01561 <br><br> JUDGE ROBERTSON |

### PLAINTIFF'S MOTION FOR ORDER COMPELLING DISCOVERY AND AWARDING SANCTIONS

Pursuant to Fed. R. Civ. P. 37(a), Plaintiff William A. Morgan, Jr., P.C. ("Morgan") moves for an order compelling defendants Susan Wiswell ("Wiswell") and Angela Murphy ("Murphy") (collectively, "Defendants") to make their personal computer hard drives available for inspection and imaging.

Nearly three months ago, on August 3, 2005, Morgan filed a motion seeking expedited discovery of the computers used by Murphy and Wiswell to commit their unlawful acts. Among other things, Morgan requested:

1. Plaintiff's computer forensics expert shall be permitted to inspect and make an electronic image of Susan Wiswell's entire personal computer hard drive(s) or other computer memory devices controlled and used by Susan Wiswell from May 1, 2005 to the present.

2. Plaintiff's computer forensics expert shall be permitted to inspect and make an electronic image of Angela Murphy's entire personal computer hard drive(s) or other computer memory devices controlled and used by Angela Murphy from May 1, 2005 to the present.

3. Plaintiff's computer forensics expert shall be permitted to inspect and make an electronic image of Donald Wiswell's entire personal computer hard drive(s) or other computer memory devices controlled and used by Donald Wiswell from May 1, 2005 to the present.

    4.   Plaintiff's computer forensics expert shall be permitted to inspect and make electronic images of the server transaction history for Susan Wiswell's personal computer system(s) from May 1, 2005 to the present.

    5.   Plaintiff's computer forensics expert shall be permitted to inspect and make electronic images of the server transaction history for Angela Murphy's personal computer system(s) from May 1, 2005 to the present.

    6.   Plaintiff's computer forensics expert shall be permitted to inspect and make electronic images of the server transaction history for Donald Wiswell's personal computer system(s) from May 1, 2005 to the present.

(Plaintiff's Memorandum in Support of Its Motion to Preserve Evidence and for Expedited Discovery, pp. 3-4.)

Murphy and Wiswell did not oppose that motion when given the opportunity to do so, and did not provide the requested discovery or raise timely and well-founded objections to it when the Court ordered them to do so by September 12. Instead, they have resisted such discovery by failing to respond, by delaying under the guise of interminable negotiations, and ultimately by asserting an ever-changing array of unsupportable or untimely objections. For two months, Morgan's attorneys tried unsuccessfully to secure Defendants' compliance and to address Defendants' varying objections. Morgan's final attempt to resolve the dispute—proposing a protocol to govern such discovery—was met by more of the same dilatory tactics.

Morgan therefore seeks an Order from this Court compelling Murphy and Wiswell to make their computer hard drives available for inspection and copying. The evidence shows that those computers are reasonably certain to contain evidence relevant to this case, unless it has been overwritten as a result of Defendants' continued use of the computers in violation of the Court's order to preserve evidence.

In addition, given Wiswell's and Murphy's refusal to comply with discovery, Morgan also seeks an order pursuant to Rule 37(a)(4)(A) awarding it the expenses and attorneys' fees it was forced to incur to bring this motion, to be borne equally by Wiswell and Murphy.

The grounds for this Motion are set forth more fully in the supporting memorandum of points and authorities submitted with this Motion and incorporated by reference. A Proposed Order is also submitted.

Date: October 28, 2005                                        Respectfully submitted,

_____
John F. Hornick, Esq. (D.C. Bar No. 384701)
Stacey H. King, Esq. (D.C. Bar No. 473007)
Timothy A. Lemper, Esq. (admission pending)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001-4413

*Attorneys for Plaintiff*
*William A. Morgan, Jr., P.C.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing PLAINTIFF'S MOTION FOR ORDER COMPELLING DISCOVERY AND AWARDING SANCTIONS was sent this 28th day of October 2005, by first class U.S. mail in envelopes addressed to the following persons:

>Janice B. Rockwell, Esq.
>JANICE B. ROCKWELL, LLC
>121-A North Court Street
>Frederick, Maryland 21701-5415
>
>*Attorney for Defendant Angela Murphy*
>
>Roger C. Simmons, Esq.
>Victor E. Cretella, III, Esq.
>GORDON & SIMMONS, LLC
>603-B West Patrick Street
>Frederick, Maryland  21705-0430
>
>*Attorneys for Defendant Susan Wiswell*

/s/ Martha A. Parker