IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM A. MORGAN, JR., P.C., | ) | CIVIL ACTION NO. 1:05CV01561 |
| Plaintiff, | ) ) | JUDGE ROBERTSON |
| v. | ) ) | MEMORANDUM IN SUPPORT OF |
| SUSAN WISWELL, et al., | ) ) | PLAINTIFF'S MOTION FOR ORDER |
| Defendants. | ) ) | COMPELLING DISCOVERY AND AWARDING SANCTIONS |
| | ) | |

# EXHIBIT 8

# PROVIDED *IN CAMERA*