IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C., ) <br> Plaintiff, ) <br> v. ) <br> SUSAN WISWELL, *et al.*, ) <br> Defendants. ) | CIVIL ACTION NO. 1:05CV01561 <br><br> JUDGE ROBERTSON |

## CERTIFICATION PURSUANT TO FED. R. CIV. P. 37(A)(2) AND L. CIV. R. 7(M)

Pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 7(m), the undersigned counsel certifies that the attorneys for Plaintiff William A. Morgan, Jr., P.C. ("Morgan") conferred with the attorneys for Defendants Susan Wiswell and Angela Murphy by telephone on October 4, 2005, and by email on October 5th and 6th, in a good faith attempt to secure Defendants' compliance with Morgan's discovery requests without Court action.

Defendants' attorneys have indicated their intent to oppose Morgan's accompanying Motion for an Order Compelling Discovery and Awarding Sanctions.

The facts concerning Morgan's efforts to secure Defendants' compliance without involving the Court are set forth in the accompanying Memorandum in Support of Plaintiff's Motion for an Order Compelling Discovery and Awarding Sanctions.

Date: October 28, 2005

Respectfully submitted,

_____
John F. Hornick, Esq. (D.C. Bar No. 384701)
Stacey H. King, Esq. (D.C. Bar No. 473007)
Timothy A. Lemper, Esq. (admission pending)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001-4413

Attorneys for Plaintiff
William A. Morgan, Jr., P.C.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing PLAINTIFF'S CERTIFICATION PURSUANT TO FED. R. CIV. P. 37(A)(2) AND L. CIV. R. 7(M) was sent this 28th day of October 2005, by first class U.S. mail in envelopes addressed to the following persons:

>Janice B. Rockwell, Esq.
>JANICE B. ROCKWELL, LLC
>121-A North Court Street
>Frederick, Maryland 21701-5415
>
>*Attorney for Defendant Angela Murphy*
>
>Roger C. Simmons, Esq.
>Victor E. Cretella, III, Esq.
>GORDON & SIMMONS, LLC
>603-B West Patrick Street
>Frederick, Maryland 21705-0430
>
>*Attorneys for Defendant Susan Wiswell*

*/s/ Martha A. Parker*