IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C., ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 1:05CV01561 |
| v. ) | |
| ) | JUDGE ROBERTSON |
| SUSAN WISWELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL**

Plaintiff William A. Morgan, Jr., P.C. ("Morgan") has this same day filed a motion for an order compelling discovery and awarding sanctions. Exhibit 5 and Exhibit 8 to Morgan's memorandum in support of its motion are comprised of documents produced in discovery by Defendants Susan Wiswell and Angela Murphy. Those documents have not been designated as confidential, and a protective order has not yet been entered by the Court. However, at a hearing on August 17, 2005, Morgan's counsel agreed to treat documents produced in discovery as "attorneys' eyes only" until the parties agree on a protective order, and the Court indicated that it would be appropriate to do so. (See Ex. A, Transcript of August 17, 2005 hearing, pp. 15, 19.)

Morgan therefore moves to file under seal Exhibit 5 and Exhibit 8 to Morgan's memorandum in support of its motion for an order compelling discovery and awarding sanctions. A copy of Exhibit 5 to Morgan's memorandum is being provided to the Court *in camera* as Exhibit B to this Motion. A copy of Exhibit 8 to Morgan's memorandum is being provided to the Court *in camera* as Exhibit C to this Motion.

Date: October 28, 2005

_____
John F. Hornick, Esq. (D.C. Bar No. 384701)
Stacey H. King, Esq. (D.C. Bar No. 473007)
Timothy A. Lemper, Esq. (admission pending)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001-4413

*Attorneys for Plaintiff*
*William A. Morgan, Jr., P.C.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL was sent this 28th day of October 2005, by first class U.S. mail in envelopes addressed to the following persons:

> Janice B. Rockwell, Esq.
> JANICE B. ROCKWELL, LLC
> 121-A North Court Street
> Frederick, Maryland 21701-5415
>
> *Attorney for Defendant Angela Murphy*
>
> Roger C. Simmons, Esq.
> Victor E. Cretella, III, Esq.
> GORDON & SIMMONS, LLC
> 603-B West Patrick Street
> Frederick, Maryland  21705-0430
>
> *Attorneys for Defendant Susan Wiswell*

/s/ Martha A. Parker