IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM A. MORGAN, JR., P.C., | ) | CIVIL ACTION NO. 1:05CV01561 |
| Plaintiff, | ) ) | JUDGE ROBERTSON |
| v. | ) | |
| SUSAN WISWELL, et al., | ) ) | **PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL** |
| Defendants. | ) ) ) | |

# EXHIBIT C

# (Provided *In Camera*)