IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM A. MORGAN, JR., P.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 05-cv-1561 |
| | ) | |
| SUSAN WISWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S SCHEDULING ORDER

It is hereby **ORDERED** that counsel for Plaintiff and counsel for Defendants are directed to comply with each of the following directives:

(1) This case shall be placed on the "standard track."

(2) Any motion to join additional parties or amend the pleadings shall be filed within 60 days from the date of this Order. Any further amendment of pleadings will be made as allowed by order of the Court.

(3) This case shall not be assigned to a magistrate judge for all purposes.

(4) Any dispositive motions shall be filed no later than 90 days after the close of discovery, the opposing party's response thereto will be due 20 days after service of the motion, with replies due 14 days after service of the response.

(5) The parties shall dispense with the initial disclosures required by Rule 26(a)(1), Fed. R. Civ. P. with regard to Plaintiff's Complaint. The parties shall make initial disclosures under Rule 26(a)(1) with regard to Defendants' Counterclaims at or within 14 days of this Order.

(6) Discovery shall be completed within 150 days after entry of this Scheduling Order (the "discovery cutoff date"). All discovery requests shall be served so that responses are due

11

and depositions are scheduled on or before the discovery cutoff date. There shall be no departure from the presumptive limits on interrogatories and depositions (i.e., 25 interrogatories and 10 depositions per side). The Plaintiff is entitled to full discovery on Defendants' Counterclaims. Both parties shall wait until the Court has ruled on Plaintiff's dispositive motions to begin discovery with regard to the Defendants' Counterclaims. Each Defendant shall be made available for a separate, full-day deposition under Rule 30, Fed. R. Civ. P., devoted to Defendants' counterclaims. There shall be no departures from the scope of discovery permitted by the Federal Rules of Civil Procedure and the Local Rules of this Court.

(7) At this time, the trial and/or discovery shall not be bifurcated in this case.

(8) The pretrial conference shall take place 60 days after the Court rules on any post-discovery summary judgment motion(s) or other dispositive motion(s) if said motion(s) do not completely dispense of the matter at hand. If, however, no summary judgment or dispositive motion(s) are filed, the pretrial conference shall take place 100 days after the close of discovery.

(9) The Court shall set a trial date at the first pretrial scheduling conference.

(10) Parties with the burden of proof on an issue shall identify their experts and serve experts reports no later than 30 days after the discovery cutoff date. Parties shall be required to identify their rebuttal experts and serve rebuttal reports no later than 50 days after the discovery cutoff date. Expert depositions may begin when rebuttal reports are served and shall be completed no later than 70 days after the discovery cutoff date.

**SO ORDERED.**

_____
JAMES ROBERTSON
United States District Judge