IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C. )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>SUSAN WISWELL, et al., )<br>)<br>Defendants. )<br>) | Case No.: 05-cv-1561 |

## DEFENDANTS' SCHEDULING ORDER

It is hereby **ORDERED** that counsel for Plaintiff and counsel for Defendants are directed to comply with each of the following directives:

(1) This case shall be placed on the "standard track."

(2) Any motion to join additional parties or amend the pleadings shall be filed within 60 days from the date of this Order. Any further amendment of pleadings will be made as allowed by order of the Court.

(3) This case shall not be assigned to a magistrate judge for all purposes.

(4) Any dispositive motions shall be filed within 30 days after the close of discovery, the opposing party's response thereto will be due 30 days after service of the motion, with replies due 14 days after service of the response.

(5) The parties shall dispense with the initial disclosures required by Rule 26(a)(1), Fed. R. Civ. P.

(6) Discovery shall be completed within 150 days after entry of this Scheduling Order. There shall be no departure from the presumptive limits on interrogatories and depositions (i.e., 25 interrogatories and 10 depositions per side).

(7) The trial and/or discovery shall not be bifurcated in this case.

13

(8)    The pretrial conference shall take place 60 days after the Court rules on any summary judgment motion(s) or other dispositive motion(s) if said motion(s) do not completely dispense of the matter at hand. If, however, no summary judgment or dispositive motion(s) are filed, the pretrial conference shall take place 75 days after the close of discovery.

(9)    The Court shall set a trial date at the pretrial scheduling conference.

(10)    Parties with the burden of proof on an issue shall identify their experts within 45 days after the entry of the scheduling order. Opposition experts shall be identified within 90 days after entry of the scheduling order. Rebuttal experts shall be identified within 120 days after entry of the scheduling order.

**SO ORDERED.**

_____
JAMES ROBERTSON
United States District Judge