

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

John F. Hornick
202-408-4076
John.Hornick@finnegan.com

November 7, 2005

The Honorable Judge James Robertson  **VIA ELECTRONIC CASE FILING**
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

  Re: William A. Morgan, Jr., P.C. v. Wiswell and Murphy, *et al.*,
    Civil Action No. 1:05CV01561

Dear Judge Robertson:

  The named parties in the above matter have stipulated to a draft protective order, which is being filed contemporaneously with this letter.

  In addition, counsel for Plaintiff William A. Morgan, Jr., P.C., and counsel for Defendant Angela Murphy have stipulated to an order for discovery of computer hard drives, which is also being filed contemporaneously with this letter. Counsel for Defendant Susan Wiswell was consulted, but did not consent to the proposed order.

          Respectfully submitted,

          FINNEGAN, HENDERSON, FARABOW
          GARRETT & DUNNER, LLP

        By: /s/ John F. Hornick
         John F. Hornick, Esq. (D.C. Bar No. 384701)
         Stacy H. King, Esq. (D.C. Bar No. 473007)
         Timothy A. Lemper, Esq. (admission pending)
         FINNEGAN, HENDERSON, FARABOW,
          GARRETT & DUNNER, L.L.P.
         901 New York Ave., N.W.
         Washington, D.C. 20001-4413

         *Attorneys for Plaintiff*
         *William A. Morgan, Jr., P.C.*