| | LAW OFFICES OF | |
|---|---|---|
| Roger C. Simmons+ | **GORDON & SIMMONS, LLC** | Ralph Gordon |
| Victor E. Cretella, III | | (1946 - 1999) |
| | 603-B West Patrick Street | |
| Shawn P. Cavenee | P.O. Box 430 | TELEPHONE |
| Adam H. Oppenheim+ | Frederick, Maryland 21705-0430 | 301-662-9122 |
| Brian M. Maul* | | |
| | E-MAIL: VCretella@GordonSimmons.com | FACSIMILE |
| +ADMITTED ALSO IN DC | WEBSITE: www.gordonsimmons.com | 301-698-0392 |
| *ADMITTED ALSO IN NEW YORK | | |

November 8, 2005                                          **ELECTRONICALLY FILED**

The Honorable Judge James Robertson
United States District Court
 for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re:    <u>Morgan v. Wisell, et al.</u>, Civil Action No. 1:05CV01561

Dear Judge Robertson:

     Plaintiff William A. Morgan, Jr., P.C. ("Morgan") and Defendant Angela Murphy ("Murphy") submitted a proposed protective order relating to discovery of computer hard drives yesterday. Defendant Susan Wiswell and third party, Donald Wiswell, hereby consent to that order with a few minor changes which are incorporated into the proposed order filed herewith. These changes were discussed today with counsel for Morgan who also proposed making some additional changes, <u>i.e.</u> the name of the computer specialist. I have also incorporated them into the filed herewith. Nevertheless, I have not received Morgan's specific consent for this proposed order.

                             Sincerely,

                             *Victor Cretella*

                             Victor E. Cretella, III
                             For Gordon & Simmons, LLC

VEC/jm