**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1561 (JR) |
| SUSAN WISWELL, *et al.*, | : |
| Defendants. | : |

**ORDER REFERRING TO MAGISTRATE JUDGE**

Upon agreement of the parties, it is **ORDERED** that this case is referred to Magistrate Judge Kay of this Court for mediation. It is **FURTHER ORDERED** that all proceedings in this case are stayed for a period of 30 days after the date of this order. And it is **FURTHER ORDERED** that a status conference is set for **December 15, 2005 at 3:00 p.m.**

JAMES ROBERTSON
United States District Judge