IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C., | ) <br> ) <br> ) CIVIL ACTION NO. 05-1561 |
| Plaintiff, | ) <br> ) |
| v. | ) JUDGE JAMES ROBERTSON <br> ) |
| SUSAN WISWELL, <br> ANGELA MURPHY, <br> JOHN DOE(S) 1-10, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**PLAINTIFF'S MOTION FOR LEAVE
TO AMEND COMPLAINT AND JOIN DEFENDANT**

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff William A. Morgan, Jr., P.C. ("Morgan") hereby moves for leave to amend its Complaint and join Donald Wiswell as a defendant. In support of its motion, Morgan relies upon the accompanying memorandum in support. A copy of Morgan's proposed First Amended Complaint is attached as Exhibit 1 to Morgan's memorandum in support of this motion.

Pursuant to Local Rule 7(m), Morgan's counsel discussed the anticipated motion with the attorneys for defendants Angela Murphy and Susan Wiswell on February 2, 2006 in a good faith effort to determine whether there is any opposition to Morgan's motion. Defendants' counsel stated that they do not consent to the motion.

Morgan's motion is timely filed and will not unduly prejudice Defendants. There is no compelling reason to deny it. Given the facts and the law, as set forth more fully in the attached memorandum, leave to amend the Complaint and add Donald Wiswell as a defendant should be freely given.

For these reasons and those set forth in the accompanying memorandum in support, Morgan's motion should be granted.

Respectfully submitted,

Date: February 2, 2006

*John Hornick /TAL*
John F. Hornick (D.C. Bar No. 384701)
Stacy H. King (D.C. Bar No. 473007)
Timothy A. Lemper (D.C. Bar No. 494538)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., NW
Washington, D.C. 20001-4413
(202) 408-4000

Attorneys for Plaintiff
William A. Morgan, Jr., P.C.