**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

WILLIAM A. MORGAN, JR., P.C.,   :
                                        :
       Plaintiff,                 :
                                        :
   v.                             :  Civil Action No. 05-1561 (JR)
                                        :
SUSAN WISWELL, *et al.*,        :
                                        :
      Defendants.               :

**ORDER**

Plaintiff's motion [13] to dismiss the counterclaims of Susan Wiswell is **granted as to Counts I and II of the counterclaim [10] and denied as to the remaining counts**. Plaintiff's motion [14] to dismiss the counterclaim of Angela Murphy is **granted as to Counts I and II of the counterclaim [11] and denied as to the remaining counts**. Defendant Murphy's motion to amend preliminary injunction [15] and plaintiff's motion to compel discovery [23] are **denied as moot**. Plaintiff's consent motion for protective order and consent motion for order for discovery of computer hard drives [30, 31] are **granted**, provided that the changes indicated by defendant Wiswell's motion for protective order [33-1] are incorporated in the provisions of the protective order [33] which is **adopted as and for the order of**

**this Court.** Plaintiff's motion to amend the complaint and join additional defendant [36] is **denied.** It is **SO ORDERED.**

                                            JAMES ROBERTSON
                                United States District Judge