**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 05-CV-1561 JR |
| ) | |
| SUSAN WISWELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**COUNTERCLAIM PLAINTIFF ANGELA MURPHY'S MOTION FOR LEAVE TO AMEND COUNTERCLAIM TO INCREASE AD DAMNUM CLAUSE**

# EXHIBIT 1

## [PROPOSED]

## ANGELA MURPHY'S FIRST AMENDED COUNTERCLAIM