**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIAM A. MORGAN, JR., P.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 05-CV-1561 JR |
| | ) | |
| SUSAN WISWELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING COUNTERCLAIM PLAINTIFF, ANGELA MURPHY'S MOTION
FOR LEAVE TO AMEND COUNTERCLAIM TO INCREASE AD DAMNUM CLAUSE**

Upon consideration of Counterclaim Plaintiff, Angela Murphy's Motion for Leave to Amend Counterclaim to Increase Ad Damnum Clause and any response thereto, and good cause having been found, it is this _____ day of _____, 2006 by The United States District Court for the District of Columbia,

ORDERED that Counterclaim Plaintiff, Angela Murphy's Motion for Leave to Amend Counterclaim to Increase Ad Damnum Clause be and hereby is granted.

_____
JAMES ROBERTSON
United States District Court Judge

C:\Documents\word perfect\Server\WPDOCS\CLIENTS\MURPHY\DC District Court\Order Granting Murphy's Motion for Leave to Amend Counterclaim 3-2-06.wpd