IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05cv-1561 |
| ) | |
| SUSAN WISWELL, ) | |
| ANGELA MURPHY, ) | |
| JOHN DOE(S) 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PLAINTIFF WILLIAM A. MORGAN, JR., P.C.'S**
**MOTION TO RECONSIDER ORDER AND REDUCE AD DAMNUM CLAUSE**

Plaintiff William A. Morgan, Jr., P.C. ("Morgan PC"), by and through undersigned counsel, hereby moves this Court to reconsider the Order issued on March 3, 2006, and reduce the *ad damnum* clauses in the counts to Defendant Angela Murphy's ("Murphy") counterclaim to the amounts in the original counts of the counterclaim.

Murphy filed a Motion for Leave to File First Amended Counterclaim on March 2, 2006. (Document No. 41).  On March 3, 2006, this Court entered an Order granting Murphy's Motion for Leave to file the First Amended Counterclaim, which significantly amended the *ad damnum* clauses in both of Murphy's remaining counts.  Morgan PC was not given the opportunity to file a memorandum in opposition to the Motion, and believes that the Motion is prejudicial at this late stage in litigation.

Pursuant to Local Rule 7(m), Morgan's counsel conferred with the attorneys for Angela Murphy and Susan Wiswell in a good faith effort to determine if there is any opposition to this Motion.  Murphy's counsel stated that they do not consent to the Motion.

Given the facts and law set forth in the attached Memorandum in Support, Morgan's Motion should be granted.

Respectfully submitted,

\_\_/s/_____
Manesh K. Rath
D.C. Bar No. 457835
George Brent Mickum, IV
D.C. Bar No. 396142
Keller and Heckman LLP
1001 G Street, N.W., Suite 500 West
Washington, D.C. 20001
Tel: (202) 434-4182
Fax: (202) 434-4646
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

       I HEREBY certify that on March 8, 2006 a copy of the foregoing was served by CM/ECF software to:

Janice Rockwell, Esq.
121-A North Court Street
Frederick, MD 21701-5415

Counsel for Defendant
Angela Murphy

Roger C. Simmons, Esq.
Victor E. Cretella, III, Esq.
Gordon and Simmons, LLC
603-B West Patrick Street
Frederick, MD 21705-0430

Counsel for Defendant
Susan Wiswell

John F. Hornick, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Counsel for Plaintiff
William A. Morgan, Jr., P.C.

                                                    _____/s/_____
                                                         Manesh K. Rath, Esq.