## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MORGAN, JR., P.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05cv-1561 |
| ) | |
| SUSAN WISWELL, ) | |
| ANGELA MURPHY, ) | |
| JOHN DOE(S) 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### **(PROPOSED) ORDER**

Upon consideration of William A. Morgan, Jr., P.C.'s Motion to Reconsider Order and Reduce *Ad Damnum* and any opposition and replies thereto, it is hereby

**ORDERED** that said Motion to Reconsider Order and Reduce *Ad Damnum* Clause is **GRANTED**. Accordingly, it is further

**ORDERED** that the *ad damnum* clauses to counts in Angela Murphy's Counterclaim are returned to the amounts stated in the original counts of the Counterclaim (Document No. 14).

**SO ORDERED.**

_____    _____
Date                                       Judge Robertson

2

The Clerk is directed to mail a copy of this ORDER to the parties listed below:

    Janice Rockwell, Esq.
    121-A North Court Street
    Frederick, MD 21701-5415

    Counsel for Defendant
    Angela Murphy

    Roger C. Simmons, Esq.
    Victor E. Cretella, III, Esq.
    Gordon and Simmons, LLC
    603-B West Patrick Street
    Frederick, MD 21705-0430

    Counsel for Defendant
    Susan Wiswell

    John F. Hornick, Esq.
    Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
    901 New York Avenue, N.W.
    Washington, D.C. 20001-4413

    Counsel for Plaintiff
    William A. Morgan, Jr., P.C.