## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WILLIAM A. MORGAN, JR., P.C.    )
    )
       Plaintiff,    )
    )
     v.    )    Case No.: 05-cv-1561 JR
    )
SUSAN WISWELL, *et al.*,    )
    )
       Defendants.    )
    )

### ORDER DENYING MORGAN'S MOTION TO RECONSIDER ORDER AND REDUCE AD DAMNUM CLAUSE

Upon consideration of Plaintiff/Counterclaim Defendant William A. Morgan, Jr., P.C.'s Motion to Reconsider Order and Reduce *Ad Damnum* Clause and any replies thereto, it is hereby

**ORDERED** that said Motion to Reconsider Order and Reduce Ad Damnum Clause is **DENIED**.

**SO ORDERED.**

_____
Date

_____
JAMES ROBERTSON
United States District Court Judge

cc:    John F. Hornick, Esquire
Timothy A. Lemper, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington D.C. 20001-4413

Attorneys for Plaintiff/Counterclaim Defendant,
William A. Morgan, Jr., P.C.

Manesh K. Rath, Esquire
G. Brent Mickum, IV, Esquire
Keller and Heckman, LLP
1001 G Street, N.W., Suite 500 West
Washington, D.C. 20001

Attorneys for Plaintiff/Counterclaim Defendant,
William A. Morgan, Jr., P.C

Roger C. Simmons, Esquire
Victor E. Cretella, III, Esquire
Gordon & Simmons, LLC
603B West Patrick Street
Frederick, MD 21705

Attorneys for Defendant/Counterclaim Plaintiff,
Susan Wiswell

Janice B. Rockwell, Esquire
121-A North Court Street
Frederick, MD 21701-5415

Attorney for Defendant/Counterclaim Plaintiff,
Angela Murphy

C:\Documents\word perfect\Server\WPDOCS\CLIENTS\MURPHY\DC District Court\Order Denying Morgan's Motion to Reconsider Order and Reduce ad damnum Clause 3-20-06.wpd