IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM A. MORGAN, JR., P.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05cv-1561 |
| | ) | |
| SUSAN WISWELL, | ) | |
| ANGELA MURPHY, | ) | |
| JOHN DOE(S) 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## STIPULATED ORDER

Plaintiff William A. Morgan, Jr., P.C. ("Morgan") and Defendant Angela Murphy ("Murphy") have reached a confidential settlement agreement. Morgan and Murphy stipulate to the entry of the following Order. The Court hereby finds that:

1. In Count I of her First Amended Counterclaim (Document No. 42), Murphy alleged that she was entitled to pay which she did not receive pursuant to 29 U.S.C. §§ 207, 216.

2. In Count II of her First Amended Counterclaim, Murphy alleged that she was entitled to pay which she did not receive pursuant to D.C. Code §§ 32-1003(c), 1012, and 1308.

3. In its Answer and Affirmative Defenses (Document No. 40), Morgan specifically denied all of the allegations set forth in Counts I and II of Murphy's First Amended Counterclaim, and asserted as an affirmative defense that Murphy was not entitled to relief because she was exempt from overtime pay under 29 U.S.C. § 213(a)(1), and that all monies Morgan owed to Murphy have been paid prior to the filing of Murphy's claim.

4. The parties have agreed, by the terms of a confidential agreement, to dismiss Counts I through IX in Morgan's Verified Complaint.

5.      The parties have agreed to move this Court to dismiss with prejudice Counts I and II of Defendant Murphy's First Amended Counterclaim.

Upon consideration of the foregoing, and upon stipulation by Morgan and Murphy, it is hereby:

**ORDERED** that this Court has jurisdiction over Morgan and Murphy and over the claims set forth in the Verified Complaint (Document No. 1) and the First Amended Counterclaim (Document No. 42);

**ORDERED** that this Court shall retain jurisdiction of this case to enforce and/or interpret the confidential settlement agreement reached between the parties;

**ORDERED** that each party will bear its own costs and attorneys' fees incurred in this litigation;

**ORDERED** that Counts I through IX of Plaintiff William A. Morgan, Jr., P.C.'s Verified Complaint (Document No. 1) against Defendant Angela Murphy are hereby **DISMISSED ON THE MERITS WITH PREJUDICE**; and

**ORDERED** that, based upon the findings above and all other facts duly considered, and there being no objections by the parties, Counts I and II of Defendant Angela Murphy's Amended Counterclaim (Document No. 42) against Plaintiff William A. Morgan, Jr., P.C. are hereby **DISMISSED ON THE MERITS WITH PREJUDICE**.

**SO ORDERED.**

_____                           _____
Date                                                                James Robertson
                                                                           United States District Court Judge
                                                                           District Court For The District of Columbia

On behalf of their clients, the undersigned stipulate to the entry of the foregoing Stipulated Dismissal.

Date: April 5, 2006                                        Date: April 5, 2006


 /s/  Janice B. Rockwell                                    /s/  Timothy A. Lemper
Janice B. Rockwell, Esq.                                   John F. Hornick, Esq.
JANICE B. ROCKWELL LLC                                     Stacy H. King, Esq.
121-A North Court Street                                   Timothy A. Lemper, Esq.
Frederick, Maryland  21701                                 FINNEGAN, HENDERSON, FARABOW,
                                                             GARRETT & DUNNER, L.L.P.
Attorney for Defendant                                     901 New York Ave., N.W.
Angela Murphy                                              Washington, D.C.  20001-4413
                                                           (202) 408-4000

                                                           Manesh K. Rath, Esq.
                                                           George Brent Mickum, IV, Esq.
                                                           KELLER AND HECKMAN LLP
                                                           1001 G Street, N.W.
                                                           Suite 500 West
                                                           Washington, D.C. 20001
                                                           (202) 434-4182

                                                           Attorneys for Plaintiff
                                                           William A. Morgan, Jr., P.C.