**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIAM A. MORGAN, JR., P.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05cv-1561 |
| | ) | |
| SUSAN WISWELL, | ) | Judge James Robertson |
| ANGELA MURPHY, | ) | |
| JOHN DOE(S) 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATED ORDER**

Plaintiff William A. Morgan, Jr., P.C. ("Morgan") and Defendant Susan Wiswell

("Wiswell") have reached a confidential settlement agreement.  Morgan and Wiswell stipulate to

the entry of the following Order.  The Court hereby finds that:

1.       Morgan and Wiswell have stipulated to the dismissal with prejudice of all claims

filed by Morgan against Wiswell in this action, including Counts I through IX of the Verified

Complaint (Document No. 1).

2.       Morgan and Wiswell have stipulated to the dismissal with prejudice of all claims

filed by Wiswell against Morgan in this action, including Counts I through V of Wiswell's

Amended Counterclaim (Document No. 10).

3.       Morgan and Wiswell have agreed to move this Court to dismiss with prejudice

Counts III, IV and V of Wiswell's Amended Counterclaim, arising under 29 U.S.C. § 206(d); 29

U.S.C. §§ 207, 216; and D.C. Code Ann. §§ 32-1003(c), 1012, and 1308.

4.       Morgan and Wiswell have stipulated that they will bear their own costs and fees

for this action.

Upon consideration of the foregoing, and upon stipulation by Morgan and Wiswell, it is hereby:

**ORDERED** that this Court has jurisdiction over Morgan and Wiswell and over the claims set forth in Morgan's Verified Complaint (Document No. 1) and Wiswell's Amended Counterclaim (Document No. 10);

**ORDERED** that this Court shall retain jurisdiction of this case to enforce and/or interpret the confidential settlement agreement reached between Morgan and Wiswell;

**ORDERED** that Morgan and Wiswell will bear its and her own costs and attorneys' fees of this litigation;

**ORDERED** that all claims filed by Plaintiff William A. Morgan, Jr., P.C. against Defendant Susan Wiswell, including Counts I through IX of the Verified Complaint (Document No. 1), are hereby **DISMISSED ON THE MERITS WITH PREJUDICE**;

**ORDERED** that, based upon the findings above and all other facts duly considered, and there being no objections by Morgan and Wiswell, Counts III, IV and V of Defendant Susan Wiswell's Amended Counterclaim (Document No. 10) against Plaintiff William A. Morgan, Jr., P.C. are hereby **DISMISSED ON THE MERITS WITH PREJUDICE; and**

**ORDERED** that all other claims filed by Wiswell, including Counts I and II of the Amended Counterclaim, are hereby **DISMISSED ON THE MERITS WITH PREJUDICE**

**SO ORDERED.**

_____                     _____
Date                                                    James Robertson
                                                       United States District Court Judge
                                                       District Court For The District of Columbia

2

On behalf of their clients, the undersigned stipulate to the entry of the foregoing

Stipulated Dismissal.

Date:  April 11, 2006                                Date:  April 11, 2006


/s/  Victor E. Cretella, III                        /s/  Timothy A. Lemper
Victor E. Cretella, III, Esq.                       John F. Hornick, Esq.
GORDON AND SIMMONS, LLC                              Timothy A. Lemper, Esq.
603-B West Patrick Street                           FINNEGAN, HENDERSON, FARABOW,
Frederick, MD 21705-0430                              GARRETT & DUNNER, L.L.P.
                                                    901 New York Ave., N.W.
                                                    Washington, D.C.  20001-4413
Attorney for Defendant                              (202) 408-4000
Susan Wiswell

                                                    Manesh K. Rath, Esq.
                                                    George Brent Mickum, IV, Esq.
                                                    KELLER AND HECKMAN LLP
                                                    1001 G Street, N.W.
                                                    Suite 500 West
                                                    Washington, D.C. 20001
                                                    (202) 434-4182

                                                    Attorneys for Plaintiff
                                                    William A. Morgan, Jr., P.C.